**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **BEAU STEPHAN ET AL**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**TRADER JOE'S COMPANY ET AL**<br><br>**Defendants.** | **Civil Action No.**<br>**25-cv-10212-WGY** |

**JUDGMENT IN A CIVIL CASE**

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X___ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Findings of Fact and Rulings of Law, this Court finds for the Defendants on the breach of duty of prudence and breach of duty of loyalty claims, regarding the allocation of forfeitures and the maintenance of the GFA in the Plan. This Court finds for the Plaintiffs on the breach of duty of prudence, breach of duty of loyalty, and breach of duty to monitor claims, regarding the recordkeeping fees. The Court imposes a surcharge of $715,264.00 with prejudgment interest of $471,957.00.

ROBERT M. FARRELL
CLERK OF COURT

Dated: September 28, 2026

by /s/Matthew A. Paine
Deputy Clerk