**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BEAU STEPHAN, GEORGE STRAY, LEONARD KIRSCHLING, GEORGE PHIRIPES, RHONDA HABELL, CAMERON BASS and STEPHEN BUBNIAK, individually, and on behalf of all others similarly situated,

*Plaintiffs*,

v.

TRADER JOE'S COMPANY, THE BOARD OF DIRECTORS OF TRADER JOE'S COMPANY, THE INVESTMENT COMMITTEE and JOHN DOES 1-30,

*Defendants*.

No. 1:25-cv-10212-WGY

**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Notice is hereby given that all defendants in the above-styled case, including Defendants Trader Joe's Company, the Board of Directors of Trader Joe's Company, the Investment Committee, and John Does 1-30 (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the First Circuit from the following judgment and orders:

(1) Judgment in a Civil Case, Dkt. No. 144 ("Judgment") filed and entered on September 28, 2026, to the extent that judgment in the amount of a $715,264 surcharge and $471,957 in prejudgment interest (or any amount) was entered in favor of Plaintiffs and against Defendants (attached as Exhibit A);

(2) Findings of Fact and Rulings of Law, Dkt. No. 143 filed and entered on September 28, 2026, to the extent that the findings and conclusions were adverse to Defendants (attached as Exhibit B); and

(3) All interlocutory orders and rulings that gave rise to the Judgment and Findings of Fact and Rulings of Law, to the extent that the Judgment and Findings of Fact and Rulings of Law were entered for Plaintiffs, including but not limited to rulings at the bench trial or related hearings.

//

//

//

//

//

//

//

//

//

//

//

//

The names of all parties to the judgment appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

Beau Stephan, George Stray, Leonard Kirschling, George Phiripes, Rhonda Habell, Cameron Bass, and Stephen Bubniak, individually, and on behalf of all others similarly situated,

Plaintiffs.

Mark K. Gyandoh*
James A. Maro*
James A. Wells*
Giulia T. Conboy*
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
jamesm@capozziadler.com
jayw@capozziadler.com
giuliac@capozziadler.com
Tel: (610) 890-0200
Fax: (717) 232-3080

Peter A. Muhic*
Muhic Law LLC
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
peter@muhiclaw.com
Tel: (856) 324-8252

Jeffrey R. Hellman
195 Church Street, 10th Floor
New Haven, CT 06510
Tel: (203) 691-8762
jeff@jeffhellmanlaw.com

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

Trader Joe's Company, the Board of Directors of Trader Joe's Company, the Investment Committee, and John Does 1-30,

Defendants.

Catalina J. Vergara*
Noah Ickowitz*
O'Melveny & Myers LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
cvergara@omm.com
nickowitz@omm.com

Deanna M. Rice*
Gregory Comeau (BBO #661505)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC, 20006
Tel: (202) 383-5300
derice@omm.com
gcomeau@omm.com

*Attorneys for Defendants*
**Admitted pro hac vice*

//

//

//

//

//

Respectfully submitted this 28th day of October, 2026.

/s/ Catalina J. Vergara
Catalina J. Vergara*
Noah Ickowitz*
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
cvergara@omm.com
nickowitz@omm.com

Deanna M. Rice*
Gregory Comeau (BBO #661505)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
Tel: (202) 383-5300
derice@omm.com
gcomeau@omm.com

*Attorneys for Defendants*
* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I, Catalina J. Vergara, hereby certify that on this 28th day of October, 2026, a true copy of the foregoing was filed through the ECF System, which will be sent electronically, along with all relevant attachments and Exhibits, to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Catalina J. Vergara*
Catalina J. Vergara