UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Beau Stephan, George Stray, Leonard Kirschling, George Phiripes, Rhonda Habell, Cameron Bass and Stephen Bubniak, individually and on behalf of all others similarly situated,<br>v.<br>Trader Joe's Company, The Board of Directors of Trader Joe's Company, The Investment Committee and John Does 1-30. | ) | C.A. No. 1:25-cv-10212-WGY |

**NOTICE OF APPEAL**

Notice is hereby given that Beau Stephan, et al., the Plaintiffs in the above-named matter, hereby appeal to the United States Court of Appeals For the First Circuit from the Judgment (attached as Exhibit A), entered in this action on September 28, 2026 (Dkt. No. 144).

Respectfully submitted,

Date: 10/28/26

/s/ Mark K. Gyandoh
(signature)
Print name & address:

Mark K. Gyandoh
Capozzi Adler, P.C.
312 Old Lancaster Road Merion
Station, PA 19066
Email: Markg@capozziadler.com

Peter A. Muhic
Muhic Law LLC
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08802
Email: Peter@muhiclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.


Catalina Vergara
Noah Ickowitz
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
cvergara@omm.com
nickowitz@omm.com

Gregory Comeau (BBO #661505)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
gcomeau@omm.com


By: *<u>/s/ Mark K. Gyandoh</u>*


Mark K. Gyandoh, Esq.
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Phone: (610) 890-0200
Fax: (717) 232-3080
Email: markg@capozziadler.com