**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BEAU STEPHAN, GEORGE STRAY, LEONARD KIRSCHLING, GEORGE PHIRIPES, RHONDA HABELL, CAMERON BASS and STEPHEN BUBNIAK, individually, and on behalf of all others similarly situated,

*Plaintiffs*,

v.

TRADER JOE'S COMPANY, THE BOARD OF DIRECTORS OF TRADER JOE'S COMPANY, THE INVESTMENT COMMITTEE and JOHN DOES 1-30,

*Defendants*.

No. 1:25-cv-10212-WGY

**ORAL ARGUMENT REQUESTED**

**DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS**

Pursuant to 29 U.S.C. § 1132(g)(1), Federal Rule of Civil Procedure 54(d), and Local Rule 7.1, Defendants Trader Joe's Company, the Board of Directors of Trader Joe's Company, the Investment Committee, and John Does 1-30 (collectively, "Trader Joe's" or "Defendants") respectfully move for an award of attorney's fees and costs against Plaintiffs. Accordingly, Trader Joe's requests that the Court award it $2,024,817 in attorney's fees, applying a two-thirds value for common time.[1] Alternatively, if the Court declines to apportion common time as to Plaintiffs' fee motion, Trader Joe's requests $2,864,147 in fees, in accordance with the full amounts billed for the time submitted. Trader Joe's further requests $10,636.13 in costs. Regardless, Trader Joe's seeks this award only as an offset up to the amount of fees and costs awarded to Plaintiffs. In support of this motion, Trader Joe's submits a memorandum of law and the Declaration of Catalina J. Vergara with exhibits attached thereto.

//

//

//

//

//

//

//

//

[1] As explained in the memorandum, "common time" refers to time spent on tasks that applied to all three of Plaintiffs' theories, such as general fact and expert discovery, motion practice, trial preparation, trial, and post-trial briefing. Trader Joe's seeks two-thirds of that time, reflecting its success on two of Plaintiffs' three theories. Should the Court determine that Plaintiffs are entitled to some attorneys' fees under their fee motion, the same proportional rule should be applied to at most award them one-third of properly requested common time, if any, to reflect the one theory they won.

Respectfully submitted this 10th day of November, 2026.

*/s/ Catalina J. Vergara*
Catalina J. Vergara*
Noah Ickowitz*
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
T: (213) 430-6000
cvergara@omm.com
nickowitz@omm.com

Deanna M. Rice*
Gregory Comeau (BBO #661505)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
T: (202) 383-5300
derice@omm.com
gcomeau@omm.com

William D. Pollak*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
T: (212) 326-2000
wpollak@omm.com

*Attorneys for Defendants*
* *Admitted pro hac vice*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Catalina J. Vergara, hereby certify that I conferred with counsel for Plaintiffs regarding the relief sought in this motion in a good-faith attempt to resolve or narrow the issues presented. Plaintiffs do not consent to the relief sought.

*/s/ Catalina J. Vergara*
Catalina J. Vergara

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully submit that oral argument will assist the Court and request a hearing on this Motion.

*/s/ Catalina J. Vergara*
Catalina J. Vergara

**CERTIFICATE OF SERVICE**

I, Catalina J. Vergara, hereby certify that on this 10th day of November, 2026, a true copy of the foregoing was filed through the ECF System, which will be sent electronically, along with all relevant attachments and Exhibits, to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Catalina J. Vergara*
Catalina J. Vergara