# EXHIBIT A

# Law.com: The 2025 A-List: Top 20 Firms

August 13, 2025

KEY CONTACTS

Bradley J. Butwin
Firm Chair and Partner
D: +1 212 408 2424

For the 14th consecutive year, O'Melveny has been named to *The American Lawyer's* "A-List," a benchmark for excellence in the legal industry that measures "holistic success." The firm took the #7 spot out of 200 ranked firms—marking the twelfth time that O'Melveny has ranked in the top 10 over the past 14 years.

Firm chair Brad Butwin, called it "another reminder of our firm's collective pursuit of excellence in all we do and in our unwavering commitment to our clients, to our communities, and to one another." Butwin added that he's also proud that O'Melveny has shown "remarkable consistency" over the years, placing in the top 10 for 12 of the 14 years that the firm has been on the list. "Our sustained success is a testament to everyone at O'Melveny—the incredible results we deliver for our clients, the time we dedicate to improving our communities, and the care we take in nurturing the remarkable culture we've been building together for 140 years and counting," Butwin said.

Read the full article here.

STAY CONNECTED

For the latest legal developments, analysis, and trends—plus a glimpse into life at O'Melveny—be sure to follow us on social media.

Subscribe

O'Melveny's latest insights, straight to your inbox.

Subscribe

O'Melveny

O'Melveny's latest insights, straight to your inbox

Subscribe

DISCLAIMER PRIVACY POLICY CONTACT US

ATTORNEY ADVERTISING ©2026 O'MELVENY & MYERS LLP. ALL RIGHTS RESERVED