# EXHIBIT B

O'MELVENY WORLDWIDE
O'Melveny PROFESSIONALS SERVICES INSIGHTS NEWS LOCATIONS ABOUT CAREERS ALUMNI

News > Awards & Honors > O'Melveny Named Runner-Up in American Lawyer's National Litigation Department of the Year Competition

# O'Melveny Named Runner-Up in American Lawyer's National Litigation Department of the Year Competition

January 6, 2020

**FOR IMMEDIATE RELEASE**

**NEW YORK—January 6, 2020—**Capping a remarkable period of groundbreaking results for clients, O'Melveny has been ranked second in the nation in *The American Lawyer*'s Litigation Department of the Year competition.

Noting the firm's top-notch performance in matters "ripped from the headlines," *AmLaw* designated O'Melveny "runner-up" for the firm's impressive litigation track record over the past two years. O'Melveny was also honored at the regional level, taking the Number 1 spot as *AmLaw*'s California Litigation Department of the Year.

O'Melveny is one of only two firms to have won, or been a runner-up, finalist, or honorable mention recipient in every *American Lawyer* "Litigation Department of the Year" contest since the awards began in 2002.

"Opponents know they're not bluffing—O'Melveny lawyers have repeatedly been tapped when clients are willing to go the distance in court," *AmLaw* observed in its profile of the firm, adding: "Litigation is at O'Melveny's core."

The publication hailed O'Melveny for its results in a number of high-profile matters, including the firm's representation of both Time Warner and AT&T in defeating the Justice Department's attempt to block the companies' merger, a showdown widely described as "the antitrust trial of the century."

O'Melveny guided Johnson & Johnson to trial in Oklahoma over its opioid products after other drug makers settled with the state. A judgment against the company amounted to only 2.6 percent of the US$17.7 billion Oklahoma had sought, a verdict now under appeal. O'Melveny represents J&J nationwide in some 2,000 opioid-related lawsuits.

The article highlighted O'Melveny's representation of the Commonwealth of Puerto Rico in its US$100 billion bankruptcy and reorganization, an effort that began with the vital task of ensuring that elected representatives actually had a seat at the table with the island's creditors.

O'Melveny also prevailed in a closely watched water-rights case on behalf of a Southern California water district. Access for tens of millions of people to Colorado River water rested on the outcome of the case and the precedent it would establish.

And the firm advised Samsung during a government investigation and class-action lawsuit over alleged price-fixing that sought US$3 billion in damages. While Samsung's co-defendants opted to settle, O'Melveny scored a summary judgment victory for Samsung on the eve of trial and obtained favorable settlement terms, while convincing the government to close its investigation without charging the company.

"We are honored to be named runner-up in *The American Lawyer*'s Litigation Department of the Year contest," said O'Melveny chair Bradley J. Butwin. "Our strong showing is a result of the dedication, skill, teamwork, and professionalism of our entire litigation team, led by our co-chairs Richard Goetz and Randy Oppenheimer."

**About O'Melveny**

It's more than what you do: it's how you do it. Across sectors and borders, in boardrooms and courtrooms, we measure our success by yours. And in our interactions, we commit to making your O'Melveny experience as satisfying as the outcomes we help you achieve. Our greatest accomplishment is ensuring that you never have to choose between premier lawyering and exceptional service. So, tell us. What do you want to achieve? For the answers, please visit www.omm.com.

**Contact:**

*Christopher Rieck*
*O'Melveny & Myers LLP*
*+1 212 326 2218*
*crieck@omm.com*

KEY CONTACTS



Bradley J. Butwin
Firm Chair and Partner
D: +1 212 408 2424



Richard B. Goetz
Partner
D: +1 213 430 6400



M. Randall Oppenheimer
Of Counsel
D: +1 310 246 6722

RELATED PRACTICES

- Business & Commercial Litigation

RELATED INDUSTRIES

- Entertainment & Media

RELATED PRACTICES

- Business & Commercial Litigation
- Bankruptcy Litigation
- Consumer Class Actions
- Supreme Court & Appellate Litigation
- Antitrust & Competition
- Consumer Finance Litigation
- ERISA Litigation
- Intellectual Property & Technology
- Labor & Employment
- Product Liability & Mass Torts
- Securities Litigation
- Data Strategy, Security & Privacy
- Insurance Coverage
- Litigation & Investigations
- Trials
- Antitrust Counseling & Compliance
- Merger Clearance

RELATED INDUSTRIES

- Entertainment & Media
- Life Sciences
- Water
- Aviation
- Banking & Financial Services
- Consumer & Retail Products
- Health Care
- Energy Transition
- Power
- Intellectual Property & Technology

STAY CONNECTED
For the latest legal developments, analysis, and trends—plus a glimpse into life at O'Melveny—be sure to follow us on social media.

Subscribe
O'Melveny's latest insights, straight to your inbox.
Subscribe

- Consumer Class Actions
- Supreme Court & Appellate Litigation
- Antitrust & Competition
- Consumer Finance Litigation
- ERISA Litigation
- Intellectual Property & Technology
- Labor & Employment
- Product Liability & Mass Torts
- Securities Litigation
- Data Strategy, Security & Privacy
- Insurance Coverage
- Litigation & Investigations
- Trials
- Antitrust Counseling & Compliance
- Merger Clearance

- Water
- Aviation
- Banking & Financial Services
- Consumer & Retail Products
- Health Care
- Energy Transition
- Power
- Intellectual Property & Technology

STAY CONNECTED

For the latest legal developments, analysis, and trends—plus a glimpse into life at O'Melveny—be sure to follow us on social media.

Subscribe

O'Melveny's latest insights, straight to your inbox.

Subscribe



ATTORNEY ADVERTISING ©2026 O'MELVENY & MYERS LLP. ALL RIGHTS RESERVED