# EXHIBIT C

# The American Lawyer: The 2026 Am Law 100

April 14, 2026

*The American Lawyer* released its annual Am Law 100 report, which it describes as the "definitive ranking of the 100 largest law firms in the United States." O'Melveny holds the following rankings: #57 in Gross Revenue; #40 in Revenue Per Lawyer; #41 in Profits Per Equity Partner; #37 in Profits Per Lawyer; and #33 in Average Compensation - All Partners.

Read the full article here.

STAY CONNECTED

For the latest legal developments, analysis, and trends—plus a glimpse into life at O'Melveny—be sure to follow us on social media.

Subscribe

O'Melveny's latest insights, straight to your inbox.

Subscribe



ATTORNEY ADVERTISING ©2026 O'MELVENY & MYERS LLP. ALL RIGHTS RESERVED

Document title: The American Lawyer: The 2026 Am Law 100 - O'Melveny
Capture URL: https://www.omm.com/news/awards-honors/the-american-lawyer-the-2026-am-law-100
Capture timestamp (UTC): Tue, 03 Nov 2026 02:17:36 GMT