# EXHIBIT D

# The American Lawyer: The 2025 Am Law 100

April 15, 2025

*The American Lawyer* released its annual Am Law 100 report, which it describes as the "definitive ranking of the 100 largest law firms in the United States." O'Melveny holds the following rankings: #55 in Gross Revenue; #40 in Revenue Per Lawyer; #43 in Profits Per Equity Partner; #38 in Profits Per Lawyer; and #34 in Average Compensation - All Partners. "2024 was a very good year for us in every area, and we posted record results across the board," said O'Melveny chair Bradley J. Butwin. "Our success is also a testament to our well-balanced and diversified practice mix, with a litigation practice that has earned acclaim for decades and a strong and growing corporate practice, both spread across jurisdictions and geographies."

Read the full article here.

KEY CONTACTS



Bradley J. Butwin
Firm Chair and Partner
D: +1 212 408 2424

STAY CONNECTED

For the latest legal developments, analysis, and trends—plus a glimpse into life at O'Melveny—be sure to follow us on social media.

Subscribe

O'Melveny's latest insights, straight to your inbox.

Subscribe



ATTORNEY ADVERTISING ©2026 O'MELVENY & MYERS LLP. ALL RIGHTS RESERVED

Document title: The American Lawyer: The 2025 Am Law 100 - O'Melveny
Capture URL: https://www.omm.com/news/awards-honors/the-american-lawyer-the-2025-am-law-100
Capture timestamp (UTC): Tue, 03 Nov 2026 05:45:11 GMT