# EXHIBIT E

FIRM PROFILE

# O'Melveny & Myers LLP

USA 2026

Contact firm

2026 Chambers Ranked in USA Leading Firm

## Rankings

Leading firm in USA 2026

59 Ranked Departments




106 Ranked Individuals






## Overview

Provided by O'Melveny & Myers LLP

**Firm Overview:**

O'Melveny is an international law firm with 27 practices, 15 industries, 17 offices, and 800 lawyers of diverse backgrounds, complementary areas of expertise, and a team-oriented ethos. Serving their clients' needs and their ability to add value are paramount. The firm's corporate lawyers work creatively and collaboratively with clients to help them capitalize on market opportunities and achieve their strategic objectives. In the courtroom, their litigators help clients prevail at all stages of civil and criminal litigation, winning in discovery, on summary judgment, at trial, and on appeal. For more than 130 years, O'Melveny has helped businesses and professionals, families and individuals succeed. That commitment remains as strong today as ever.

It's more than what you do: it's how you do it. Across sectors and borders, in board rooms and courtrooms, the firm measure their success by yours. And in the firm's interactions, the firm commit to making your O'Melveny experience as satisfying as the outcomes they help you achieve. The firm's greatest accomplishment is ensuring that you never have to choose between premier lawyering and exceptional service. So, tell us. What do you want to achieve?

Visit us at www.omm.com, hear what their lawyers, staff, and clients have to say in Their DNA video series, or learn more in the firm at-a-glance, annual report, and on LinkedIn, Twitter, Facebook, Instagram, and YouTube. Visit The Boardroom for insights on pressing issues facing global corporations.

## Ranked Offices at O'Melveny & Myers LLP

Provided by O'Melveny & Myers LLP

All (10) Head Office (1) USA (9)

**USA - Head office**

California
400 South Hope Street, Los Angeles, California, USA, CA 90071
www.omm.com +1 213 430 6000

**USA**

Texas
303 Colorado Street Suite 2750, Austin, Texas, USA, 78701

California
1999 Avenue of the Stars, 7th Floor, Century City, California, USA, CA 90067

Texas
2501 North Harwood Street, Suite 1700, Dallas, Texas, USA, 75201-1663

Texas
700 Louisiana Street, Suite 2900, Houston, Texas, USA, TX 77002

New York
1301 Avenue of the Americas Suite 1700, New York, New York, USA, NY 10019

California
610 Newport Center Drive, 17th Floor, Newport Beach, California, USA, CA 92660

California
Two Embarcadero Center, 28th Floor, San Francisco, California, USA, CA 94111

California
2765 Sand Hill Road, Menlo Park, Silicon Valley, California, USA, CA 94025

610 Newport Center Drive, 17th Floor, Newport Beach, California, USA, CA 92660

California
Two Embarcadero Center, 28th Floor, San Francisco, California, USA, CA 94111

California
2765 Sand Hill Road, Menlo Park, Silicon Valley, California, USA, CA 94025

District of Columbia
1625 Eye Street, NW, Washington, DC, District of Columbia, USA, 20006

## Ranked Departments at O'Melveny & Myers LLP (59)

All (59) | California (15) | California: Southern (2) | District of Columbia (5) | New York (8) | Texas (4) | Texas: Dallas, Fort Worth & Surrounds (1) | Texas: Houston & Su

California

| Band | Department | Ranked Lawyers |
|---|---|---|
| 1 | Media & Entertainment: Litigation | 2 Ranked Lawyers |
| 1 | Water Law | 2 Ranked Lawyers |
| 2 | Antitrust | 1 Ranked Lawyer |
| 2 | Intellectual Property: Patent Litigation | 3 Ranked Lawyers |
| 2 | Labor & Employment: The Elite | |
| 2 | Litigation: General Commercial: The Elite | |
| 3 | Insurance: Insurer | 2 Ranked Lawyers |
| 3 | Intellectual Property: Trademark, Copyright & Trade Secrets | 1 Ranked Lawyer |
| 3 | Litigation: Securities | 2 Ranked Lawyers |
| 3 | Litigation: White-Collar Crime & Government Investigations | 4 Ranked Lawyers |
| 3 | Media & Entertainment: Transactional | 2 Ranked Lawyers |
| 4 | Banking & Finance | 1 Ranked Lawyer |
| 4 | Bankruptcy/Restructuring | 2 Ranked Lawyers |
| 4 | Capital Markets: Debt & Equity | |

| | |
|---|---|
| (4) Bankruptcy/Restructuring | 2 Ranked Lawyers |
| (4) Capital Markets: Debt & Equity | |
| (4) Healthcare | 3 Ranked Lawyers |

California: Southern

| | |
|---|---|
| (3) Tax | 1 Ranked Lawyer |
| (4) Real Estate | 1 Ranked Lawyer |

District of Columbia

| | |
|---|---|
| (3) Litigation: General Commercial: The Elite | |
| (4) Labor & Employment | 1 Ranked Lawyer |
| (5) Antitrust | |
| (5) Healthcare | 3 Ranked Lawyers |
| (6) Litigation: White-Collar Crime & Government Investigations | 1 Ranked Lawyer |

New York

| | |
|---|---|
| (3) Environment: Mainly Transactional | 1 Ranked Lawyer |
| (3) Insurance: Dispute Resolution: Insurer | 2 Ranked Lawyers |
| (6) Bankruptcy/Restructuring: The Elite | |

View all

## Ranked Individuals at O'Melveny & Myers LLP (124)

All (124) California (35) California: Los Angeles & Surrounds (1) California: Southern (2) District of Columbia (9) New York (21) Texas (9) Texas: Dallas, Fort W

California

(E) 
Apalla Chopra
Labor & Employment

California

Apalla Chopra
Labor & Employment

Daniel Petrocelli
Litigation: General Commercial

Michael Tubach
Antitrust

Steven J Olson
Head of Litigation: White-Collar Crime & Government Investigations

Richard Goetz
Insurance: Insurer

Glen Lim
Banking & Finance

Steve Warren
Bankruptcy/Restructuring

David Deaton
Healthcare

Darin Snyder
Intellectual Property: Patent Litigation

Ryan Yagura
Intellectual Property: Patent Litigation

Adam Karr
Labor & Employment

Eric Amdursky
Labor & Employment

David Marroso
Litigation: General Commercial

Matthew Close
Litigation: Securities

Julian Gurule
Bankruptcy/Restructuring

Zoheb Noorani
Insurance: Insurer

Bankruptcy/Restructuring

4 Zoheb Noorani
Insurance: Insurer

4 David Almeling
Intellectual Property: Trademark, Copyright & Trade Secrets

4 Robert Siegel
Labor & Employment

4 Matt Powers
Litigation: General Commercial

4 Matthew Kline
Litigation: General Commercial

5 Caitlin Bair
Healthcare

5 Stephen Sullivan
Healthcare

5 Luann Simmons
Intellectual Property: Patent Litigation

5 Molly Lens
Labor & Employment

5 Amy S Park
Litigation: Securities

View all

## What success is built on

Chambers is the leading data and intelligence partner for the legal sector.

Explore thought leadership

Healthcare

Stephen Sullivan
Healthcare

Luann Simmons
Intellectual Property: Patent Litigation

Molly Lens
Labor & Employment

Amy S Park
Litigation: Securities

View all

## What success is built on

Chambers is the leading data and intelligence partner for the legal sector.

Explore thought leadership

Chambers

**Legal rankings**
- Find a law firm
- Find a lawyer
- Top law firms

**Chambers products**
- Profile Platform
- CMI
- Market Pulse
- Practice Analytics
- Talent Intelligence
- Responsible Business Intelligence
- Business Intelligence
- Strategic Intelligence
- Practice Guides
- In-depth Overviews
- Events sponsorship
- Plaques

**About us**
- About Chambers
- News & media
- Events
- Affiliations
- Careers
- Diversity, equity & inclusion
- FAQs
- Contact us

**Policies**
- Modern slavery statement
- Privacy policy
- Supplier code of conduct
- Terms and conditions
- Cookie policy

Copyright 2026 Chambers and Partners