# EXHIBIT F

# O'Melveny Earns Top Rankings in Chambers USA 2026

June 4, 2026

**FOR IMMEDIATE RELEASE**

**NEW YORK—June 4, 2026**— *Chambers* has recognized O'Melveny as a leading law firm in 59 practice areas in the 2026 edition of *Chambers USA*: America's Leading Lawyers for Business.

This year, *Chambers* ranked the firm in Band 1, the top rank, in:

- Energy: State Regulatory & Litigation (Electricity) (TX)
- ERISA Litigation (Nationwide)
- Intellectual Property: Trade Secrets (Nationwide)
- Media & Entertainment: Litigation (CA)
- Water Law (CA)

*Chambers* also recognized 102 O'Melveny lawyers, with 12 lawyers earning Band 1 status, including five who were ranked in their category nationally:

- David Almeling – Intellectual Property: Trade Secrets (Nationwide)
- Katie Coleman – Energy: State Regulatory & Litigation (Electricity) (TX)
- Timothy S. Durst – Litigation: General Commercial (Texas: Dallas, Fort Worth & Surrounds)
- Russell McGlothlin – Water Law (CA)
- Greta L. Nightingale – International Trade: Export Controls & Economic Sanctions (Nationwide)
- Steven J. Olson – Litigation: White-Collar Crime & Government Investigations (CA)
- Phillip G. Oldham – Energy: State Regulatory & Litigation (Electricity) (TX)
- Daniel M. Petrocelli – Media & Entertainment: Litigation (CA)
- Daniel M. Petrocelli – Litigation: Trial Lawyers (Nationwide)
- Jonathan Rosenberg – Litigation: Securities (NY)
- Louis R. Strubeck – Bankruptcy/Restructuring (TX)
- Daniel R. Suvor – State Attorneys General (Nationwide)
- Michael Tubach – Antitrust (CA)
- Michael Tubach – Antitrust: Cartel (Nationwide)

*Chambers* once again named partner Daniel M. Petrocelli, chair of O'Melveny's Trial Practice and co-vice chair of the firm, a "Star Individual"— an elite ranking above Band 1.

*Chambers* newly ranked Allen Burton, Amy S. Park, David Marroso, Harout Dimijian, Jennifer B. Sokoler, Julian Gurule, Kristin Cope, Marc J. Pensabene, Sharon M. Bunzel, and Zoheb Noorani, and ranked David Almeling, Matt Kline, Meaghan VerGow, and Molly M. Lens, and Timothy S. Durst in additional practice areas. *Chambers* also recognized partners Kristin Cope and Brian Quinn as "Up & Coming" lawyers, a ranking given to practitioners at the forefront of their generation.

Practice Area Rankings (Bands 1-6)

Nationwide

- Antitrust (Band 4)
- Antitrust: Cartel (Band 2)
- Bankruptcy/Restructuring: The Elite (Band 5)
- Corporate Crime & Investigations: Highly Regarded (Band 1)
- ERISA Litigation (Band 1)
- Financial Services Regulation: Consumer Finance (Litigation) (Band 3)
- Healthcare: Highly Regarded (Band 2)
- Higher Education (Band 3)
- Insurance: Dispute Resolution: Insurer (Band 2)
- Intellectual Property: Patent Trial and Appeal Board (Band 2)
- Intellectual Property: Trade Secrets (Band 1)
- Intellectual Property: Trademark & Copyright (Band 3)
- International Trade: CFIUS Experts (Band 4)
- International Trade: Export Controls & Economic Sanctions: The Elite (Band 4)
- International Trade: Intellectual Property (Section 337) (Band 4)
- Litigation: General Commercial: The Elite (Band 2)
- Product Liability & Mass Torts: The Elite (Band 3)
- Projects: PPP (Band 2)

KEY CONTACTS

Abby F. Rudzin
Partner
D: +1 212 326 2033

Adam Karr
Partner
D: +1 213 430 6516

Adit Khorana
Partner
D: +1 415 984 8735

Allen Burton
Partner
D: +1 212 326 2282

Amy S. Park
Partner
D: +1 650 473 2680

Amy Siegel
Partner
D: +1 310 246 6805

Andrew Frackman
Of Counsel
D: +1 212 326 2017

Andrew J. Geist
Partner
D: +1 212 326 2207

Apalla U. Chopra
Of Counsel
D: +1 213 430 6082

Aparna B. Joshi
Partner
D: +1 202 383 5132

Ben Haber
Partner
D: +1 213 430 8212

Ben Hallmark
Partner
D: +1 737 261 8645

Benjamin D. Singer
Partner
D: +1 202 383 5201

Brian Boyle
Of Counsel
D: +1 202 383 5327

Brian P. Quinn
Partner
D: +1 202 383 5244

- Intellectual Property: Trademark & Copyright (Band 3)
- International Trade: CFIUS Experts (Band 4)
- International Trade: Export Controls & Economic Sanctions: The Elite (Band 4)
- International Trade: Intellectual Property (Section 337) (Band 4)
- Litigation: General Commercial: The Elite (Band 2)
- Product Liability & Mass Torts: The Elite (Band 3)
- Projects: PPP (Band 2)
- Projects: Renewables & Alternative Energy (Band 5)
- Securities: Litigation (Band 4)
- Sports Law (Band 3)
- State Attorneys General (Band 3)
- Transportation: Aviation: Finance (Band 3)

California

- Antitrust (Band 2)
- Banking & Finance (Band 4)
- Bankruptcy/Restructuring (Band 4)
- Capital Markets: Debt & Equity (Band 4)
- Healthcare (Band 4)
- Insurance: Insurer (Band 3)
- Intellectual Property: Patent Litigation (Band 2)
- Intellectual Property: Trademark, Copyright & Trade Secrets (Band 3)
- Labor & Employment: The Elite (Band 2)
- Litigation: General Commercial: The Elite (Band 2)
- Litigation: Securities (Band 3)
- Litigation: White-Collar Crime & Government Investigations (Band 3)
- Media & Entertainment: Litigation (Band 1)
- Media & Entertainment: Transactional (Band 3)
- Water Law (Band 1)

California: Southern

- Real Estate (Band 4)
- Tax (Band 3)

District of Columbia

- Antitrust (Band 5)
- Healthcare (Band 5)
- Labor & Employment (Band 4)
- Litigation: General Commercial: The Elite (Band 3)
- Litigation: White-Collar Crime & Government Investigations (Band 6)

New York

- Bankruptcy/Restructuring: The Elite (Band 6)
- Environment: Mainly Transactional (Band 3)
- Insurance: Dispute Resolution: Insurer (Band 3)
- Intellectual Property: Patent (Band 4)
- Litigation: General Commercial: The Elite (Band 4)
- Litigation: Securities (Band 3)
- Litigation: White-Collar Crime & Government Investigations: The Elite (Band 5)
- Media & Entertainment: Corporate (Band 2)

Texas

- Bankruptcy/Restructuring (Band 5)
- Energy: State Regulatory & Litigation (Electricity) (Band 1)
- Intellectual Property (Band 6)
- Litigation: White-Collar Crime & Government Investigations (Band 3)

Texas: Dallas, Fort Worth & Surrounds

- Litigation: General Commercial (Band 5)

Texas: Houston & Surrounds

- Litigation: General Commercial (Band 4)

**Ranked Lawyers by Practice Area**

Antitrust

California:

Brian Boyle
Of Counsel
D: +1 202 383 5327

Brian P. Quinn
Partner
D: +1 202 383 5244

Caitlin M. Bair
Partner
D: +1 415 984 8700

Daniel M. Petrocelli
Partner
D: +1 310 246 6850

Daniel R. Suvor
Partner
D: +1 213 430 7669

Danny S. Ashby
Partner
D: +1 972 360 1904

Darin Snyder
Partner
D: +1 415 984 8846

David Deaton
Partner
D: +1 949 823 7191

David Marroso
Partner
D: +1 310 246 8469

David N. Kelley
Partner
D: +1 212-326-2106

David J. Ribner
Partner
D: +1 202-383-5507

Denise Raytis
Partner
D: +1 213 430 7450

Denise Scofield
Partner
D: +1 832 254 1541

M. Elizabeth Dubeck
Partner
D: +1 213 430 7252

Elizabeth L. McKeen
Partner
D: +1 949 823 7150

Eric A. S. Richards
Corporate Department Co-Chair / Partner
D: +1 213 430 6552

Eric Amdursky
Partner

- Litigation: General Commercial (Band 4)

**Ranked Lawyers by Practice Area**

Antitrust

California:

- Michael Tubach

Antitrust: Cartel

Nationwide:

- Ian Simmons
- Michael Tubach

Antitrust: Litigation Specialists

Washington DC:

- Brian P. Quinn
- Ian Simmons
- Lauren M. Weinstein

Appellate Law

Nationwide:

- Jonathan Hacker

Banking & Finance

California:

- Glen K. Lim

Bankruptcy Litigation

New York:

- Peter Friedman

Bankruptcy/Restructuring

Nationwide:

- Louis R. Strubeck

California:

- Julian Gurule
- Steve Warren

Texas:

- Greg Wilkes
- Louis R. Strubeck

Capital Markets: Securitization: CLOs

Nationwide:

- Howard Goldwasser
- Skanthan Vivekananda

Employee Benefits & Executive Compensation

California: LA & Surrounds:

- Jeff Walbridge

Energy: Oil & Gas (Transactional)

Nationwide:

- Jason Schumacher
- Steven Torello

Energy: State Regulatory & Litigation (Electricity)



Eric A. S. Richards
Corporate Department Co-Chair / Partner
D: +1 213 430 6552


Eric Amdursky
Partner
D: +1 650 473 2644


Eric Rothenberg
Of Counsel
D: +1 212 326 2003


Glen K. Lim
Partner
D: +1 310 246 6746


Greg Wilkes
Partner
D: +1 972-360-1935


Greta L. Nightingale
Partner
D: +1 202-383-5249


Hannah Y. Chanoine
Partner
D: +1 212 326 2128


Harout Dimijian
Counsel
D: +1 213 430 6313


Hassen Sayeed
Partner
D: +1 212 326 2136


Howard E. Heiss
Of Counsel
D: +1 212 326 2116


Howard Goldwasser
Partner
D: +1 212 728 5703


Ian Simmons
Partner
D: +1 202 383 5106


Jim Bowman
Partner
D: +1 213 430 6569


Jason Schumacher
Partner
D: +1 972 360 1942


Jason I. Kaplan
Partner
D: +1 212 326 2292


Jeffrey Kohn
Of Counsel
D: +1 212 326 2067

Jeff Walbridge

Energy: Oil & Gas (Transactional)

Nationwide:

- Jason Schumacher
- Steven Torello

Energy: State Regulatory & Litigation (Electricity)

Texas:

- Benjamin B. Hallmark
- Katie Coleman
- Phillip G. Oldham
- Rex D. VanMiddlesworth

Environment: Mainly Transactional

New York:

- Eric Rothenberg

ERISA Litigation

Nationwide:

- Brian Boyle
- Greg Jacob
- Meaghan VerGow
- Shannon Barrett

FCPA

Nationwide:

- David N. Kelley

Financial Services Regulation: Consumer Finance (Litigation)

Nationwide:

- Elizabeth L. McKeen

Healthcare

California:

- Caitlin M. Bair
- David Deaton
- Stephen M. Sullivan

Washington DC:

- K. Lee Blalack II
- Kevin Feder
- Benjamin D. Singer

Higher Education

Nationwide

- Jennifer B. Sokoler

Insurance: Dispute Resolution: Insurer

Nationwide:

- Richard B. Goetz
- Tancred Schiavoni

New York:

- Allen Burton
- Tancred Schiavoni

Insurance: Insurer

California:

- Richard B. Goetz


Jeffrey Kohn
Of Counsel
D: +1 212 326 2067


Jeff Walbridge
Partner
D: +1 949 823 7179


Jennifer B. Sokoler
Partner
D: +1 212 326 2162


John V. Anaipakos
Partner
D: +1 832 254 1521


Jonathan Hacker
Partner
D: +1 202 383 5285


Jonathan Rosenberg
Partner
D: +1 212 408 2409


Julian Gurule
Partner
D: +1 213 430 6067


Junaid Chida
Of Counsel
D: +1 212 326 2031


Katie Coleman
Partner
D: +1 737 261 8625


Kevin Feder
Partner
D: +1 202 383 5164


Kristin Cope
Partner
D: +1 972 360 1927


Lauren M. Weinstein
Partner
D: +1 202 383 5124


K. Lee Blalack II
Partner
D: +1 202 383 5374


Lisa B. Pensabene
Partner
D: +1 212 326 2077


Lou Strubeck Jr.
Of Counsel
D: +1 972 360 1925


Luann L. Simmons
Partner
D: +1 415 984 8896

- Allen Burton
- Tancred Schiavoni

Insurance: Insurer

California:

- Richard B. Goetz
- Zoheb Noorani

Intellectual Property

Texas:

- Timothy S. Durst

Intellectual Property: Patent

New York:

- Lisa B. Pensabene
- Marc J. Pensabene
- Hassen Sayeed

Intellectual Property: Patent Litigation

California:

- Luann Simmons
- Darin Snyder
- Ryan K. Yagura

Intellectual Property: Patent Trial and Appeal Board

Nationwide:

- Tim Fink
- Ben Haber

Intellectual Property: Trademark, Copyright & Trade Secrets

California:

- David Almeling

Intellectual Property: Trade Secrets

Nationwide:

- David Almeling

International Trade: CFIUS Experts

Nationwide:

- Theodore W. Kassinger
- David J. Ribner
- Greta L. Nightingale

International Trade: Export Controls & Economic Sanctions

Nationwide:

- Greta L. Nightingale

International Trade: Intellectual Property (Section 337)

Nationwide:

- D. Sean Trainor

Labor & Employment

California:

- Eric Amdursky
- Apalla U. Chopra
- Adam Karr
- Molly M. Lens


D: +1 972 360 1925


Luann L. Simmons
Partner
D: +1 415 984 8896


Luc Moritz
Partner
D: +1 213 430 6672


Malcolm K. Montgomery
Partner
D: +1 212 326 2107


Marc J. Pensabene
Partner
D: +1 212 326 2070


Mark A. Racanelli
Partner
D: +1 212 326 4403


Matt Powers
Partner
D: +1 415 984 8898


Matthew W. Close
Firm Vice-Chair / Partner
D: +1 213 430 7213


Matthew Syrkin
Partner
D: +1 212 326 2152


Matt Kline
Partner
D: +1 310 246 6840


Meaghan VerGow
Partner
D: +1 202 383 5504


Meghan Dawson McElvy
Partner
D: +1 832 254 1557


Michael D. Hamilton
Partner
D: +1 213 430 8384


Michael Tubach
Partner
D: +1 415 984 8876


Molly M. Lens
Partner
D: +1 310 246 8593


Peter Friedman
Partner
D: +1 212 728 5802


Phillip Oldham
Partner
D: +1 737 261 8615

California:

- Eric Amdursky
- Apalla U. Chopra
- Adam Karr
- Molly M. Lens
- Robert Siegel

New York:

- Jeffrey Kohn

Washington DC:

- Aparna B. Joshi

Litigation: General Commercial

California:

- Matt Kline
- David Marroso
- Daniel M. Petrocelli
- Matt Powers

New York:

- Hannah Chanoine
- Andrew Frackman

Texas: Dallas, Fort Worth & Surrounds:

- Kristin Cope
- Timothy S. Durst

Texas: Houston & Surrounds:

- John V. Anaipakos
- Travis J. Sales
- Denise Scofield

Washington DC:

- Meaghan VerGow

Litigation: Securities

California:

- Amy S. Park
- Matthew W. Close

New York:

- Jonathan Rosenberg
- Abby F. Rudzin

Litigation: Trial Lawyers

Nationwide:

- Daniel M. Petrocelli

Litigation: White-Collar Crime & Government Investigations

California:

- Jim Bowman
- Sharon M. Bunzel
- Steven J. Olson
- Michael Tubach

New York:

- Andrew J. Geist
- Howard E. Heiss
- David N. Kelley


Peter Friedman
Partner
D: +1 212 728 5802


Phillip Oldham
Partner
D: +1 737 261 8615


Randall W. Edwards
Partner
D: +1 415 984 8716


Rebecca Mermelstein
Partner
D: +1 212-326-2151


Rex VanMiddlesworth
Of Counsel
D: +1-737-261-8635


Richard B. Goetz
Partner
D: +1 213 430 6400


Robert Plesnarski
Partner
D: +1 202 383 5149


Robert Siegel
Partner
D: +1 213 430 6005


Russell McGlothlin
Partner
D: +1 310 246 8463


Ryan K. Yagura
Partner
D: +1 213 430 6189


Sabrina H. Strong
Partner
D: +1 213 430 6113


Shannon Barrett
Partner
D: +1 202 383 5308


Sharon M. Bunzel
Partner
D: +1 415 984 8939


Sid Mody
Partner
D: +1 945 221 1645


Silvia Vannini
Partner
D: +1 310 246 6895


Skanthan Vivekananda
Partner
D: +1 213 430 8222


Steve Brody
Partner

- Michael Tubach

New York:

- Andrew J. Geist
- Howard E. Heiss
- David N. Kelley
- Rebecca Mermelstein
- Mark A. Racanelli

Texas:

- Danny Ashby
- Sid Mody

Washington DC:

- Benjamin D. Singer

Media & Entertainment: Corporate

New York:

- Matthew J. Syrkin

Media & Entertainment: Litigation

California:

- Molly M. Lens
- Daniel M. Petrocelli

Media & Entertainment: Transactional

California:

- Amy Siegel
- Silvia Vannini

Oil & Gas Litigation

Nationwide:

- Meghan McElvy

Privacy & Data Security: Privacy

Nationwide:

- Randall W. Edwards

Product Liability & Mass Torts

Nationwide:

- Steve Brody
- Richard B. Goetz
- Sabrina H. Strong

Projects: PPP

Nationwide:

- Harout Dimijian
- M. Elizabeth Dubeck
- Denise Raytis
- Eric A. S. Richards

Projects: Renewables & Alternative Energy

Nationwide:

- Junaid Chida

Real Estate

California: Southern:

- Michael D. Hamilton



Skanthan Vivekananda
Partner
D: +1 213 430 8222



Steve Brody
Partner
D: +1 202 383 5167



Steve Warren
Partner
D: +1 213 430 7875



Steven J. Olson
Litigation Department Co-Chair / Partner
D: +1 213 430 7855



Steven V. Torello
Partner
D: +1 832 254 1510



Tancred Schiavoni
Partner
D: +1 212 326 2267



Theodore W. Kassinger
Of Counsel
D: +1 202 383 5170



Tim Fink
Partner
D: +1 202 383 5389



Timothy S. Durst
Partner
D: +1 972 360 1923



Travis Sales
Partner
D: +1 832 254 1532



Zoheb Noorani
Partner
D: +1 213 430 6377

- Junaid Chida

Real Estate

California: Southern:

- Michael D. Hamilton

Real Estate: Finance

New York:

- Malcolm K. Montgomery

Securities: Regulation: Advisory

Nationwide:

- Robert Plesnarski

Sports Law

Nationwide:

- Amy Siegel

State Attorneys General

Nationwide:

- Daniel R. Suvor

Tax

California: Southern:

- Luc Moritz

Technology

California:

- Adit Khorana

Transportation: Aviation: Finance

Nationwide:

- Jason I. Kaplan

Water Law

California:

- Matt Kline
- Russell McGlothlin

**About O'Melveny**

It's more than what you do: it's how you do it. Across sectors and borders, in board rooms and courtrooms, we measure our success by yours. And in our interactions, we commit to making your O'Melveny experience as satisfying as the outcomes we help you achieve. Our greatest accomplishment is ensuring that you never have to choose between premier lawyering and exceptional service. So, tell us. What do you want to achieve? Visit us at www.omm.com; learn more in our firm at-a-glance; and find us on LinkedIn, Facebook, Instagram, and YouTube.

**Contact:**

*Brandon Jacobsen*
*O'Melveny & Myers LLP*
*+1 213 430 8024*
*bjacobsen@omm.com*

# # #

Tax

California: Southern:

- Luc Moritz

Technology

California:

- Adit Khorana

Transportation: Aviation: Finance

Nationwide:

- Jason I. Kaplan

Water Law

California:

- Matt Kline
- Russell McGlothlin

**About O'Melveny**

It's more than what you do: it's how you do it. Across sectors and borders, in board rooms and courtrooms, we measure our success by yours. And in our interactions, we commit to making your O'Melveny experience as satisfying as the outcomes we help you achieve. Our greatest accomplishment is ensuring that you never have to choose between premier lawyering and exceptional service. So, tell us. What do you want to achieve? Visit us at www.omm.com; learn more in our firm at-a-glance; and find us on LinkedIn, Facebook, Instagram, and YouTube.

**Contact:**

*Brandon Jacobsen*
*O'Melveny & Myers LLP*
*+1 213 430 8024*
*bjacobsen@omm.com*

# # #

STAY CONNECTED

For the latest legal developments, analysis, and trends—plus a glimpse into life at O'Melveny—be sure to follow us on social media.

Subscribe

O'Melveny's latest insights, straight to your inbox.

Subscribe

O'Melveny

O'Melveny's latest insights, straight to your inbox

Subscribe

DISCLAIMER PRIVACY POLICY CONTACT US

ATTORNEY ADVERTISING ©2026 O'MELVENY & MYERS LLP. ALL RIGHTS RESERVED