# EXHIBIT G

Who we serve Rankings Intelligence Thought Leadership Practice Guides Careers in law About us Submissions Login



DEPARTMENT PROFILE

O'Melveny

# ERISA Litigation

USA Guide 2026 : USA - Nationwide | 21 Years Ranked

Contact

O'Melveny & Myers LLP

## Rankings

04 Ranked Individuals




## Chambers Review

Provided by Chambers

### ERISA Litigation - USA - Nationwide

Band 1

**What the Team is Known For**

O'Melveny & Myers LLP has a team of well-respected litigators covering the full spectrum of ERISA-related issues, regularly providing counsel on fiduciary responsibility. The group acts on behalf of a varied client base which includes plan sponsors and financial services companies. It offers significant trial capabilities, as well as experience with appellate proceedings.

View ranking table

## Work Highlights

Provided by Chambers

O'Melveny & Myers LLP represented CoreLogic in an ERISA class action seeking to recover retirement plan losses due to alleged mismanagement of CoreLogic's 401(k) retirement plan.

## Strengths

Provided by Chambers

## Strengths

Provided by Chambers

*"The O'Melveny & Myers team is a leader in the space."*

**ERISA Litigation respondent**
USA

*"The O'Melveny & Myers team has great intelligence and depth."*

**ERISA Litigation respondent**
USA

*"The group is responsive and knowledgeable."*

**ERISA Litigation respondent**
USA

*"The team thinks through every possible issue so that the strongest and most strategic arguments can be made."*

**ERISA Litigation respondent**
USA

## Notable Practitioners

Provided by Chambers



### Brian Boyle

Brian Boyle is sought out for his handling of high stakes ERISA class actions on behalf of blue-chip corporations.

*"Brian is an excellent practitioner."*

**ERISA Litigation respondent**
USA

*"Brian is a pleasure to work with."*

**ERISA Litigation respondent**
USA

View profile ›



### Meaghan VerGow

Meaghan VerGow represents clients from the financial services and retail sectors, among others, in ERISA class actions.

*"Meaghan is an extremely smart person who communicates well. She has good judgment and always has good perspective on what will happen next in the courts."*

**ERISA Litigation respondent**
USA

*"Meaghan is exceptional. She is able to dive into complex subject matter and explain it in a way that any non-specialist would understand. Her writing in exceptional, being incredibly persuasive and clear."*

**ERISA Litigation respondent**
USA

*"Meaghan understands her clients' businesses very well and helps them to navigate thorny issues with wisdom and appropriate strategic considerations."*

**ERISA Litigation respondent**
USA

View profile ›



### Shannon Barrett

Shannon Barrett is especially proficient in handling complex breach of fiduciary duty claims as part of his impressive ERISA litigation practice.

View profile ›

Shannon Barrett

Shannon Barrett is especially proficient in handling complex breach of fiduciary duty claims as part of his impressive ERISA litigation practice.

*"Shannon is an extremely bright attorney and an excellent writer."*

**ERISA Litigation respondent**
USA

View profile ›

Greg Jacob

Greg Jacob has a strong track record of handling ERISA class actions and DOL investigations on behalf of financial institutions and plan sponsors.

*"Greg is a great asset to have when counselling your company."*

**ERISA Litigation respondent**
USA

*"Greg is one of the smartest lawyers that I have ever known. He is a bright, extraordinarily writer who has incredible experience."*

**ERISA Litigation respondent**
USA

View profile ›

## Ranked Individuals at O'Melveny & Myers LLP (4)

USA - Nationwide (4)

USA - Nationwide

Brian Boyle
ERISA Litigation

Meaghan VerGow
ERISA Litigation

Shannon Barrett
ERISA Litigation

Greg Jacob
ERISA Litigation

USA - Nationwide (4)

USA - Nationwide

Brian Boyle
ERISA Litigation

Meaghan VerGow
ERISA Litigation

Shannon Barrett
ERISA Litigation

Greg Jacob
ERISA Litigation

What success is built on

Chambers is the leading data and intelligence partner for the legal sector.

Explore thought leadership

Chambers

Legal rankings
- Find a law firm
- Find a lawyer
- Top law firms

Chambers products
- Profile Platform
- CMI
- Market Pulse
- Practice Analytics
- Talent Intelligence
- Responsible Business Intelligence
- Business Intelligence
- Strategic Intelligence
- Practice Guides
- In-depth Overviews
- Events sponsorship
- Plaques

About us
- About Chambers
- News & media
- Events
- Affiliations
- Careers
- Diversity, equity & inclusion
- FAQs
- Contact us

Policies
- Modern slavery statement
- Privacy policy
- Supplier code of conduct
- Terms and conditions
- Cookie policy

Copyright 2026 Chambers and Partners