# EXHIBIT L

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Evan Hindman
O'Melveny & Myers LLP
Two Embarcadero Center
28th Fl
San Francisco, CA, 94111

**Invoice #:** **8637863**
**Invoice Date:** **9/16/2025**
**Balance Due:** **$2,943.70**

**Case: Beau Stephan, Et Al v. Trader Joe's Company, Et Al (1:25cv10212WGY)** — **Proceeding Type: Depositions**

Job #: 7571336 | Job Date: 9/9/2025 | Delivery: Normal — Billing #: 0872056-00569

Location: Los Angeles, CA — Case No. : 1:25-cv-10212-WGY

Billing Atty: Evan Hindman — Client Matter # : 0872056-00569

Scheduling Atty: Evan Hindman | O'Melveny & Myers, LLP — File Number: 0872056-00569

| Witness: Beau Stephan | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 237.00 | $4.85 | $1,149.45 |
| Transcript - Supplemental Surcharges* | 237.00 | $0.25 | $59.25 |
| Realtime Services | 237.00 | $1.85 | $438.45 |
| Realtime Services - Remote Connection | 1.00 | $100.00 | $100.00 |
| Attendance - Full Day | 1.00 | $270.00 | $270.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 1.00 | $75.00 | $75.00 |
| Exhibits | 300.00 | $0.20 | $60.00 |
| Exhibit Share | 1.00 | $275.00 | $275.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $165.00 | $165.00 |
| Logistics & Processing | 1.00 | $85.00 | $85.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 2.00 | $180.00 | $360.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $150.00 | $150.00 |

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **8637863**
**Invoice Date:** **9/16/2025**
**Balance Due:** **$2,943.70**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Evan Hindman
O'Melveny & Myers LLP
Two Embarcadero Center
28th Fl
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **8671606** |
| **Invoice Date:** | **9/29/2025** |
| **Balance Due:** | **$2,817.30** |

**Case: Beau Stephan, Et Al v. Trader Joe's Company, Et Al (1:25cv10212WGY)** — **Proceeding Type: Depositions**

Job #: 7571351 | Job Date: 9/23/2025 | Delivery: Normal — Billing #: 0872056-00569

Location: Los Angeles, CA — Case No. : 1:25-cv-10212-WGY

Billing Atty: Evan Hindman — Client Matter # : 0872056-00569

Scheduling Atty: Evan Hindman | O'Melveny & Myers, LLP — File Number: 0872056-00569

| Witness: Stephen Bubniak | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 217.00 | $4.85 | $1,052.45 |
| Transcript - Supplemental Surcharges* | 217.00 | $0.25 | $54.25 |
| Attendance - Full Day | 1.00 | $270.00 | $270.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 1.00 | $75.00 | $75.00 |
| Exhibits | 178.00 | $0.20 | $35.60 |
| Exhibit Share | 1.00 | $275.00 | $275.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $165.00 | $165.00 |
| Logistics & Processing | 1.00 | $85.00 | $85.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 2.00 | $180.00 | $360.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $150.00 | $150.00 |

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **8671606**
**Invoice Date:** **9/29/2025**
**Balance Due:** **$2,817.30**

49393

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Yasmin Moreno
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA, 90071

| | |
|---|---|
| **Invoice #:** | **8677942** |
| **Invoice Date:** | **10/1/2025** |
| **Balance Due:** | **$1,625.30** |

**Case: Beau Stephan, Et Al v. Trader Joe's Company, Et Al (1:25cv10212WGY)** — **Proceeding Type: Depositions**

Job #: 7556215 | Job Date: 9/16/2025 | Delivery: Normal — Client Matter # : 0872056-00569

Location: Los Angeles, CA
Billing Atty: Yasmin Moreno
Scheduling Atty: Jay Wells | Capozzi Adler P.C.

| Witness: Mitch Nadler | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 337.00 | $3.40 | $1,145.80 |
| Transcript - Supplemental Surcharges* | 337.00 | $0.70 | $235.90 |
| Exhibits | 393.00 | $0.20 | $78.60 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $120.00 | $120.00 |
| Logistics & Processing | 1.00 | $45.00 | $45.00 |

Notes: *Supplemental Surcharges Include: Virtual Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,625.30** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,625.30** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **8677942**
**Invoice Date:** **10/1/2025**
**Balance Due:** **$1,625.30**

Invoice ID: 0500-5207-3036

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Catalina Joos Vergara Esq
O'Melveny & Myers LLP
Two Embarcadero Center
28th Fl
San Francisco, CA, 94111

**Invoice #:** 8965319
**Invoice Date:** 1/27/2026
**Balance Due:** $5,805.25

**Case: Beau Stephan, Et Al v. Trader Joe's Company, Et Al (1:25cv10212WGY)** — **Proceeding Type: Depositions**

Job #: 7847349 | Job Date: 1/26/2026 | Delivery: Immediate — Billing #: 0872056-00569

Location: Los Angeles, CA — Case No. : 1:25-cv-10212-WGY

Billing Atty: Catalina Joos Vergara Esq — Client Matter # : 0872056-00569

Scheduling Atty: Catalina Joos Vergara Esq | O'Melveny & Myers, LLP — File Number: 0872056-00569

| Witness: Expert Eric Dyson | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 303.00 | $4.85 | $1,469.55 |
| Transcript Services - Priority Request | 303.00 | $5.35 | $1,621.05 |
| Transcript - Supplemental Surcharges* | 303.00 | $0.25 | $75.75 |
| Rough Draft | 303.00 | $1.75 | $530.25 |
| Realtime Services | 303.00 | $1.85 | $560.55 |
| Realtime Services Connection | 1.00 | $100.00 | $100.00 |
| Attendance - Full Day | 1.00 | $270.00 | $270.00 |
| Attendance - Non-Business Hrs Surcharge | 1.50 | $75.00 | $112.50 |
| Exhibits | 428.00 | $0.20 | $85.60 |
| Exhibit Share | 1.00 | $275.00 | $275.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $175.00 | $175.00 |
| Logistics & Processing | 1.00 | $85.00 | $85.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $150.00 | $150.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 8965319
**Invoice Date:** 1/27/2026
**Balance Due:** $5,805.25

49393

Invoice ID: 0500-5207-3035

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

Bill To: Catalina Joos Vergara Esq
O'Melveny & Myers LLP
Two Embarcadero Center
28th Fl
San Francisco, CA, 94111

**Invoice #:** 8974125
**Invoice Date:** 1/29/2026
**Balance Due:** $4,411.80

**Case: Beau Stephan, Et Al v. Trader Joe's Company, Et Al (1:25cv10212WGY)** | **Proceeding Type: Depositions**

Job #: 7847368 | Job Date: 1/28/2026 | Delivery: Daily | Client Matter # : 0872056-00569

Location: Los Angeles, CA
Billing Atty: Catalina Joos Vergara Esq
Scheduling Atty: Catalina Joos Vergara Esq | O'Melveny & Myers, LLP

| Witness: Dr. Steve Pomerantz , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 246.00 | $4.85 | $1,193.10 |
| Transcript Services - Priority Request | 246.00 | $5.35 | $1,316.10 |
| Transcript - Supplemental Surcharges* | 246.00 | $0.25 | $61.50 |
| Rough Draft | 246.00 | $1.75 | $430.50 |
| Attendance - Full Day | 1.00 | $270.00 | $270.00 |
| Attendance - Non-Business Hrs Surcharge | 2.00 | $75.00 | $150.00 |
| Exhibits | 53.00 | $0.20 | $10.60 |
| Exhibit Share | 1.00 | $275.00 | $275.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $175.00 | $175.00 |
| Logistics & Processing | 1.00 | $85.00 | $85.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $150.00 | $150.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **8974125**
**Invoice Date:** **1/29/2026**
**Balance Due:** **$4,411.80**

49393

Invoice ID: 0500-5207-3032

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

Bill To: Dianna Rice
O'Melveny & Myers LLP
700 Louisiana Street
Houston, TX, 77002

| | |
|---|---|
| **Invoice #:** | **8993439** |
| **Invoice Date:** | **2/6/2026** |
| **Balance Due:** | **$4,565.58** |

**Case: Stephan, Beau Et Al v. Trader Joe's Company, Et Al. (1:25cv10212WGYa)** | **Proceeding Type: Depositions**

Job #: 7842036 | Job Date: 1/30/2026 | Delivery: Expedited

Location: Philadelphia, PA
Billing Atty: Dianna Rice
Scheduling Atty: Jay Wells | Capozzi Adler P.C.

| **Witness: Steven Gissiner** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Transcript Services - Certified Transcript | 446.00 | $3.40 | $1,516.40 |
| Transcript Services - Certified Transcript - Priority Request | 446.00 | $3.73 | $1,663.58 |
| Transcript - Supplemental Surcharges* | 446.00 | $0.75 | $334.50 |
| Rough Draft | 446.00 | $1.75 | $780.50 |
| Exhibits | 478.00 | $0.20 | $95.60 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $130.00 | $130.00 |
| Logistics & Processing | 1.00 | $45.00 | $45.00 |

Notes: *Supplemental Surcharges Include: Virtual Proceeding

| | |
|---|---|
| **Invoice Total:** | **$4,565.58** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$4,565.58** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **8993439**
**Invoice Date:** **2/6/2026**
**Balance Due:** **$4,565.58**

49393

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Catalina Joos Vergara Esq
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA, 90071

**Invoice #:** 9013878
**Invoice Date:** 2/16/2026
**Balance Due:** $2,282.70

**Case: Beau Stephan, et al v. Trader Joe's Company, et al (1:25cv10212WGY)** — **Proceeding Type: Depositions**

Job #: 7842005 | Job Date: 1/23/2026 | Delivery: Normal

Location: Philadelphia, PA
Billing Atty: Catalina Joos Vergara Esq
Scheduling Atty: Jay Wells | Capozzi Adler P.C.

| Witness: Daniel Lee Heavner | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 337.00 | $3.40 | $1,145.80 |
| Transcript - Supplemental Surcharges* | 337.00 | $0.75 | $252.75 |
| Rough Draft | 337.00 | $1.75 | $589.75 |
| Exhibits | 597.00 | $0.20 | $119.40 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $130.00 | $130.00 |
| Logistics & Processing | 1.00 | $45.00 | $45.00 |

Notes: *Supplemental Surcharges Include: Virtual Proceeding

| | |
|---|---|
| **Invoice Total:** | **$2,282.70** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,282.70** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 9013878
**Invoice Date:** 2/16/2026
**Balance Due:** $2,282.70