# EXHIBIT M

Invoice ID: 0500-5387-0601

AO44
(Rev. 11/07)

UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT

INVOICE NO: 20042730

**MAKE CHECKS PAYABLE TO:**

Catalina J. Vergara, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071

Phone: (213) 430-7770

dmezzetta@omm.com

Richard H. Romanow, RPR
United States Court Reporter
United States District Court
One Courthouse Way, Room 5510
Boston, MA 02210

Phone:

rhr3tubas@aol.com

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 05-13-2026

DATE DELIVERED: 06-02-2026

**Case Style:** 25CV10212-WGY, Beau Stephan, Indiv and others v Trader Joe's Company, et al

Reporter's Transcript of proceedings on 5-4-26 through 5-8-26, 5 trial days, bench trial, J. Young, pdf transcripts filed on PACER and e-mailed out on 6-2-26, regular 1-month turnaround rate.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 742 | 4.40 | 3,264.80 | | | | | | | 3,264.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 3,264.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $3,264.80 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: R. Romanow DATE 6-2-26

*(All previous editions of this form are cancelled and should be destroyed)*