**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BEAU STEPHAN, GEORGE STRAY, LEONARD KIRSCHLING, GEORGE PHIRIPES, RHONDA HABELL, CAMERON BASS and STEPHEN BUBNIAK, individually, and on behalf of all others similarly situated, *Plaintiffs*, v. TRADER JOE'S COMPANY, THE BOARD OF DIRECTORS OF TRADER JOE'S COMPANY, THE INVESTMENT COMMITTEE and JOHN DOES 1-30, *Defendants*. | No. 1:25-cv-10212-WGY |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND CASE <u>CONTRIBUTION AWARDS</u>**

Pursuant to 29 U.S.C. § 1132(g), Plaintiffs Beau Stephan, George Stray, Leonard Kirschling, George Phiripes, Rhonda Habell, Cameron Bass and Stephen Bubniak, Plaintiffs"), through their counsel, respectfully move this Court for an order requiring Defendants to pay Plaintiffs' reasonable attorneys' fees and a contribution award to Plaintiffs, as set out in the memorandum filed in support of this motion.

A memorandum in support of this motion satisfying the requirements of Local Rule 7.1(d) and accompanying exhibits are filed contemporaneously with this motion.

WHEREFORE, Plaintiffs respectfully request that the Court order Defendants to pay Plaintiffs' reasonable attorneys' fees, costs, and case contribution awards, in the amounts set forth in the memorandum filed in support of this motion.

Defendants oppose this Motion and intend to file an opposition.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
(admitted *pro hac vice*)
James A. Maro, Esquire
(admitted *pro hac vice*)
James A. Wells, Esquire
(admitted *pro hac vice*)
Giulia T. Conboy, Esquire
(admitted *pro hac vice*)
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
T: (215) 530-1603
Email: markg@capozziadler.com
jamesm@capozziadler.com
jayw@capozziadler.com
giuliac@capozziadler.com
Tel: (610) 890-0200
Fax: (717) 232-3080

Peter A. Muhic
(*Admitted Pro Hac Vice*)
**MUHIC LAW LLC**
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
Telephone: (856) 324-8252
Email: peter@muhiclaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.