**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BEAU STEPHAN, GEORGE STRAY, LEONARD KIRSCHLING, GEORGE PHIRIPES, RHONDA HABELL, CAMERON BASS and STEPHEN BUBNIAK, individually, and on behalf of all others similarly situated,<br>*Plaintiffs*,<br>v.<br><br>TRADER JOE'S COMPANY, THE BOARD OF DIRECTORS OF TRADER JOE'S COMPANY, THE INVESTMENT COMMITTEE and JOHN DOES 1-30,<br>*Defendants*. | No. 1:25-cv-10212-WGY |

**[PROPOSED] ORDER AWARDING PLAINTIFFS' ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' CASE CONTRIBUTION AWARDS**

This matter having come before the Court on ___________, on the application of Plaintiffs for an award of attorneys' fees and reimbursement of costs incurred in the Action and for Case Contribution Awards for the Plaintiffs, having considered all papers filed and proceedings conducted herein:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. This Court has jurisdiction over the subject matter of this application and all matters relating thereto.

2. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $2,930,470 and reimbursement of expenses in the sum of $66,030.45 (the "Attorneys' Fees and Expenses"), to be paid by ___________. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable.

3. Plaintiffs Beau Stephan and Steven Bubniak are each awarded $20,000 as Case Contribution Awards, in recognition of their contributions to this Action.

4. The remaining Plaintiffs, George Stray, Leonard Kirschling, George Phirpes, Rhonda Habell, and Cameron Bass are each awarded $15,000 as Case Contribution Awards in recognition of their contributions to this Action.

SO ORDERED this ______ day of _________________, 2026.

_______________________________
Hon. Judge William G. Young
United States District Judge