EXHIBIT 4

# Exhibit A

| Timekeeper | Role | Billable Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|---|
| Kendall Adams | Legal Assistant (C&A)* | 1.00 | $250.00 | $250.00 |
| Alec J. Berin | Partner (MS) | 162.90 | $800.00 | $130,320.00 |
| Jillian M. Boyce | Supervising Paralegal (MS) | 32.90 | $350.00 | $11,515.00 |
| Elena M. DiBattista | Senior Paralegal (MS) | 123.10 | $275.00 | $33,852.50 |
| Jonathan A. Dilger | Research Director (MS) | 137.90 | $600.00 | $82,740.00 |
| Gabrielle Dos Santos | Paralegal (B&G) | 1.10 | $400.00 | $440.00 |
| Edward H. Glenn | Senior Counsel (MS) | 48.20 | $700.00 | $33,740.00 |
| Kyla Golding | Project Analyst (MS) | 101.50 | $325.00 | $32,987.50 |
| Linda Gussler | Paralegal (C&A) | 27.90 | $350.00 | $9,765.00 |
| Mark Gyandoh | Partner (C&A) | 5.00 | $915.00 | $4,575.00 |
| Gabrielle Kelerchian | Associate Attorney (C&A) | 4.00 | $550.00 | $2,200.00 |
| Shuping Li | Project Analyst (MS) | 296.30 | $325.00 | $96,297.50 |
| James Maro | Partner (C&A) | 0.80 | $900.00 | $720.00 |
| Mary E. McClay | Paralegal (B&G) | 10.70 | $400.00 | $4,280.00 |
| James E. Miller | Partner (MS) | 69.60 | $1,300.00 | $90,480.00 |
| Sue Moss | Senior Paralegal (MS) | 76.30 | $275.00 | $20,982.50 |
| Jessica Murphy | Paralegal (C&A) | 0.70 | $335.00 | $234.50 |
| Rrita Osmani | Associate Attorney (MS) | 109.20 | $350.00 | $38,220.00 |
| Lauren Phillips | Paralegal (C&A) | 0.90 | $335.00 | $301.50 |
| Johanna C. Richter | Law Clerk (MS) | 78.40 | $350.00 | $27,440.00 |
| John C. Roberts | Associate Attorney (MS) | 298.70 | $650.00 | $194,155.00 |
| John J. Roddy | Partner (B&G) | 23.80 | $1,240.00 | $29,512.00 |
| Laurie Rubinow | Partner (MS) | 36.20 | $975.00 | $35,295.00 |
| Elizabeth Ryan | Partner (B&G) | 2.30 | $1,240.00 | $2,852.00 |
| Tina Scheetz | Paralegal (C&A) | 1.50 | $335.00 | $502.50 |
| James C. Shah | Partner (MS) | 69.50 | $1,150.00 | $79,925.00 |
| Brandon Williams | Associate (C&A) | 5.80 | $550.00 | $3,190.00 |
| Elise M. Wilson | Project Analyst (MS) | 72.80 | $325.00 | $23,660.00 |
| **Totals** | | **1798.00** | | **$990,182.50** |

*MS denotes Miller Shah LLP; C&A denotes Capozzi Adler, P.C.; B&G denotes Baily & Glasser, LLP. All time for Miller Shah LLP timekeepers with less than 20.0 hours is omitted.