EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| TERRE BEACH, *et al.*, individually and on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | Civil Action 17-CV-00563-JMF |
| v. | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, JPMORGAN CHASE & COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**DECLARATION OF ERIN M. RILEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND PLAINTIFFS' INCENTIVE AWARDS**

I, Erin M. Riley, herby submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Plaintiffs' Incentive Awards in *Beach v. JPMorgan Chase Bank, N.A., et al.*, 17-CV-00563-JMF (S.D.N.Y.) (the "Action").

**Professional Overview**

1. I am a partner with the law firm of Keller Rohrback L.L.P. ("Keller Rohrback"). My firm is one of Plaintiffs' Counsel in the Action.

2. I am currently licensed in good standing to practice law in the states of Washington and Wisconsin. I have also been admitted to practice in several federal district courts and appellate courts across the country. A list of jurisdictions and courts in which I am admitted is set forth below:

| |
|---|
| U.S. Supreme Court |
| Washington State Supreme Court |
| W.D. Washington |

- *In re AIG ERISA Litig.*, No. 04-09387 (S.D.N.Y.) and *In re AIG II ERISA Litig.,* No. 08-05722 (S.D.N.Y.);
- *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litig.*, No. 07-10268 (S.D.N.Y.);
- *In re State Street Bank and Trust Co. ERISA Litig.*, No. 07-08488 (S.D.N.Y.);
- *Braden v. Wal-Mart Stores, Inc.*, No. 08-3109 (W.D. Mo.);
- *Madoff Direct & Feeder Fund Litig.*, No. 09-8278 (S.D.N.Y.);
- *In re Express Scripts / Anthem ERISA Litig.*, No. 16-3399 (S.D.N.Y.); and,
- *In re EpiPen ERISA Litigation*, No. 17-1884 (D. Minn.).

9. A copy of Keller Rohrback's firm resume, including select attorney biographies, is attached hereto as Exhibit A.

**Work Performed by Keller Rohrback**

10. As a result of my firm's experience in litigating ERISA and other class action cases, we were able to efficiently and effectively prosecute this action along with the other Plaintiffs' Counsel and at the direction of Class Counsel.

11. Keller Rohrback has dedicated over 2,120 hours of time to this case. Among other things, we:

- Conducted an investigation of claims and filed a complaint;
- Assisted in drafting the consolidated complaint;
- Assisted in drafting opposition to motion to dismiss;
- Assisted in drafting class certification motion and attendant filings;

- Assisted in drafting motion for partial summary judgment and attendant filings and assisted in drafting oppositions to Defendants' partial motions for summary judgment;
- Assisted in drafting responses to Defendants' motions to exclude expert testimony;
- Assisted in drafting and responding to discovery requests;
- Reviewed documents produced by Defendants;
- Deposed a defendant member of EPIC;
- Deposed a member of RPIG;
- Deposed one of Defendants' expert witnesses;
- Second-chaired the deposition of a defendant member of EPIC;
- Second-chaired the deposition of Rule 30(b)(6) company representative;
- Second-chaired (defending) three Named Plaintiff Depositions;
- Attended in-person hearings; and
- Participated in mediation.

12. The work summarized above required the efforts of numerous attorneys and professional staff. As reflected by this summary and detailed below, as of July 21, 2020, our attorneys have expended 1999.50 hours pursuing this matter, and our professional staff (including paralegals and other professional staff) have expended an additional 120.75 hours, for a total of 2,120.25 hours.

13. The hourly rates for these attorneys, paralegals and other professional staff, as set forth below, are their 2020 rates.[1] These hourly rates are subject to annual review and increases, and are set by the firm's Managing Partner and Executive Committee after a thorough review of costs, prevailing rates, and other market indicia. These rates are the same rates used by Keller Rohrback in comparable class actions and other complex litigation. These hourly rates are the same as, or comparable to, rates submitted by my firm and accepted by courts in other complex class actions for purposes of "cross-checking" lodestar against a proposed fee based on the percentage of the fund method, as well as determining a reasonable fee under the lodestar method.

| Timekeeper | Hours | Rate | Lodestar |
|---|---|---|---|
| **Partners:** | | | |
| Erin Riley | 323.60 | $815.00 | $263,734.00 |
| Gretchen Obrist | 130.60 | $765.00 | $99,909.00 |
| David Preminger | 27.00 | $975.00 | $26,325.00 |
| Lynn Sarko | 20.50 | $1,035.00 | $21,217.50 |
| **Associates:** | | | |
| Tanya Korkhov | 1,296.20 | $650.00 | $842,530.00 |
| Kash Karmand | 201.60 | $400.00 | $80,640.00 |
| **Total Attorneys** | **1,999.50** | | **$1,334,355** |
| **Professionals:** | | | |
| Jason Kolcun | 55.50 | $325.00 | $18,037.50 |
| Brian Spangler | 30.70 | $285.00 | $8,749.50 |
| Cathy Hopkins | 14.75 | $260.00 | $3,835.00 |
| Carley Eyler | 7.90 | $230.00 | $1,817.00 |
| Katie Rodenburg | 6.50 | $225.00 | $1,462.50 |
| Amanda Gonzalez | 5.40 | $250.00 | $1,350.00 |
| **Total Professionals** | **120.75** | | **$35,251.50** |
| **Total Attorneys & Professionals** | **2,120.25** | | **$1,369,606.50** |

[1] The rates reflected on this chart are the firm's 2020 rates, except if time keeper left the firm, in which case we have used their historic hourly rates.

This schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. We have not included time keepers who billed five hours or less to this case.

14. In my professional opinion, and based on my personal knowledge of the work that was performed and the requirements of this case and similar cases, the time expended on this action by my firm was reasonable and necessary.[2] Throughout this litigation, Class Counsel allocated work to maximize efficiency, assigning tasks based on a number of considerations and with the goal of minimizing duplication of effort, thereby minimizing fees in the case.

15. The time entries above do not include future time spent on this case to, among other things, communicate with class members, respond to any objections to the Settlement, monitor Defendants' compliance with the Settlement, and take other actions necessary to support the Settlement until the conclusion of the Settlement Period. Based on my experience supporting and supervising similar settlements, I estimate that Keller Rohrback will spend an additional 50-100 hours of professional time after the date of this Declaration.

**Keller Rohrback's Costs and Expenses**

16. In connection with the prosecution of this Action, Keller Rohrback also advanced and incurred $111,558.72 in costs and expenses from inception through and including the date of this Declaration. These expenses were incurred on behalf of Plaintiffs and the Class by my firm and, because my firm handed this Action on a contingent basis, have not yet been reimbursed.

17. These expenses are detailed below:

[2] Details supporting the time records referenced in this declaration are available upon the request of the Court.