EXHIBIT 8

# EXHIBIT A

# EXHIBIT A

*In re GE ERISA Litigation*, No. 1:17-cv-12123-IT
Sanford Heisler Sharp, LLP
Inception through 11/30/2023

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Alexandra Harwin | P | 5.10 | 1,100.00 | 5,610.00 |
| Andrew Miller | P | 26.60 | 1,000.00 | 26,600.00 |
| Ari Rubin | A | 57.40 | 550.00 | 31,570.00 |
| Charles Field | P | 694.35 | 1,300.00 | 902,655.00 |
| Charles Field | P | 1,439.20 | 1,400.00 | 2,014,880.00 |
| Conor Ahern | A | 231.45 | 525.00 | 121,511.25 |
| David McNamee | A | 338.10 | 725.00 | 245,122.50 |
| David Tracey | A | 121.97 | 900.00 | 109,773.00 |
| David Tracey | P | 60.90 | 1,000.00 | 60,900.00 |
| Ed Chapin | P | 17.32 | 1,300.00 | 22,516.00 |
| Hampton Watson | A | 3.20 | 625.00 | 2,000.00 |
| James Hannaway | A | 2.50 | 575.00 | 1,437.50 |
| Jeremy Heisler | P | 4.00 | 1,400.00 | 5,600.00 |
| Katie Mesner-Hage | SLC | 6.70 | 750.00 | 5,025.00 |
| Katie Mesner-Hage | SLC | 84.10 | 775.00 | 65,177.50 |
| Kevin Sharp | P | 48.90 | 1,300.00 | 63,570.00 |
| Kevin Sharp | P | 4.20 | 1,400.00 | 5,880.00 |
| Leigh Anne St. Charles | A | 165.90 | 900.00 | 149,310.00 |
| Leigh Anne St. Charles | P | 0.40 | 1,000.00 | 400.00 |
| Melinda Koster | A | 0.20 | 900.00 | 180.00 |
| Meredith Firetog | SLC | 140.70 | 900.00 | 126,630.00 |
| Nicole Wiitala | A | 13.00 | 900.00 | 11,700.00 |
| Paul Blankenstein | P | 139.80 | 1,000.00 | 139,800.00 |
| Rob Van Someren Greve | LF | 25.40 | 475.00 | 12,065.00 |
| Rob Van Someren Greve | A | 78.60 | 500.00 | 39,300.00 |
| Russell Kornblith | P | 1.40 | 1,100.00 | 1,540.00 |
| Shaun Rosenthal | A | 1,182.70 | 500.00 | 591,350.00 |
| Veronica Saltzman | LF | 9.40 | 400.00 | 3,760.00 |
| Yusuf Parray | LF | 82.50 | 525.00 | 43,312.50 |
| Paralegals I | | 160.12 | 275.00 | 44,033.00 |
| Paralegals II | | 430.97 | 295.00 | 127,136.15 |
| Paralegals III | | 160.60 | 300.00 | 48,180.00 |
| Paralegals IV | | 306.20 | 325.00 | 99,515.00 |

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| ***TOTAL*** | | ***6,043.88*** | | ***$5,128,039.40*** |

(P) Partner
(SLC) Senior Litigation Counsel
(A) Associate
(LF) Litigation Fellow