# EXHIBIT 10

# KOHLER AE

## IKR Lodestar Summary Report as of 10/18/2024

| Attorney | Years of Practice | Rate | Hours | Lodestar |
|---|---|---|---|---|
| Robert A. Izard | 40 | $ 975 | 95.50 | 93,112.50 |
| Christopher M. Barrett | 13 | $ 700 | 99.60 | 69,720.00 |
| Jude L. Reid | Paralegal | $ 180 | 0.75 | 135.00 |
| **Total** | | | **195.85** | **$162,967.50** |

## IKR Expense Summary Report

| Category | Amount |
|---|---|
| Expert/Investigation Fees | 3,800.00 |
| Research/Discovery | 24.36 |
| **TOTAL EXPENSES PAID** | **$3,824.36** |

# Izard, Kindall & Raabe, LLP

## KOHLER AE - Lodestar Report by Employee Detail

### Activity: All Dates

| Column1 | Activity Date | Memo/Description | Rates | Duration | Amount |
|---|---|---|---|---|---|
| Christopher M. Barrett | 10/02/2023 | Drafting complaint. Reviewing and analyzing plan and Forms 5500. | 700.00 | 8.00 | 5,600.00 |
| Christopher M. Barrett | 10/03/2023 | Drafting complaint. Reviewing and analyzing plan and Forms 5500. | 700.00 | 5.50 | 3,850.00 |
| Christopher M. Barrett | 10/04/2023 | Reviewing and analyzing documents. | 700.00 | 4.50 | 3,150.00 |
| Christopher M. Barrett | 10/05/2023 | Reviewing and analyzing documents and prepared for and took part in call with potential clients. | 700.00 | 3.50 | 2,450.00 |
| Christopher M. Barrett | 10/06/2023 | Reviewing and analyzing documents. | 700.00 | 4.50 | 3,150.00 |
| Christopher M. Barrett | 10/13/2023 | Drafting complaint. | 700.00 | 6.50 | 4,550.00 |
| Christopher M. Barrett | 10/16/2023 | Reviewing documents and drafting complaint. | 700.00 | 8.50 | 5,950.00 |
| Christopher M. Barrett | 10/19/2023 | Drafted correspondence and calls with clients. Drafting complaint. | 700.00 | 2.00 | 1,400.00 |
| Christopher M. Barrett | 10/20/2023 | Drafted correspondence and calls with clients. Drafting complaint. | 700.00 | 4.50 | 3,150.00 |
| Christopher M. Barrett | 10/25/2023 | Revising complaint. Prepared for and took part in call with clients. | 700.00 | 2.50 | 1,750.00 |
| Christopher M. Barrett | 11/03/2023 | Draft discovery requests. Reviewing and analyzing plan documents. | 700.00 | 2.00 | 1,400.00 |
| Christopher M. Barrett | 11/13/2023 | Reviewing file and reviewing order. | 700.00 | 0.50 | 350.00 |
| Christopher M. Barrett | 11/14/2023 | Draft Interrogatories. Reviewing and analyzing plan documents. | 700.00 | 0.50 | 350.00 |
| Christopher M. Barrett | 11/15/2023 | Reviewing and analyzing protective order and stipulation. | 700.00 | 1.00 | 700.00 |
| Christopher M. Barrett | 11/15/2023 | Draft Interrogatories. Reviewing and analyzing plan documents. | 700.00 | 1.25 | 875.00 |
| Christopher M. Barrett | 11/17/2023 | Drafting discovery documents. | 700.00 | 1.25 | 875.00 |
| Christopher M. Barrett | 11/21/2023 | Drafting discovery requests and initial disclosures. | 700.00 | 3.50 | 2,450.00 |
| Christopher M. Barrett | 11/27/2023 | Drafted correspondence to defense counsel. | 700.00 | 0.50 | 350.00 |
| Christopher M. Barrett | 12/01/2023 | Drafted correspondence to defense counsel. | 700.00 | 0.50 | 350.00 |
| Christopher M. Barrett | 12/08/2023 | Reviewing discovery responses. | 700.00 | 2.00 | 1,400.00 |
| Christopher M. Barrett | 12/12/2023 | Drafted correspondence to defense counsel. | 700.00 | 0.75 | 525.00 |
| Christopher M. Barrett | 12/18/2023 | Drafted motion. | 700.00 | 1.25 | 875.00 |
| Christopher M. Barrett | 01/10/2024 | Drafting amended complaint and drafted correspondence to clients. | 700.00 | 4.50 | 3,150.00 |
| Christopher M. Barrett | 01/16/2024 | Finalized and filed amended complaint. | 700.00 | 2.50 | 1,750.00 |
| Christopher M. Barrett | 01/29/2024 | Drafting letter. | 700.00 | 0.50 | 350.00 |
| Christopher M. Barrett | 03/05/2024 | Reviewing and analyzing motion to dismiss. | 700.00 | 1.00 | 700.00 |
| Christopher M. Barrett | 03/06/2024 | Reviewing and analyzing expert analyses. | 700.00 | 0.70 | 490.00 |
| Christopher M. Barrett | 03/12/2024 | Drafted motion. | 700.00 | 0.70 | 490.00 |
| Christopher M. Barrett | 04/02/2024 | Reviewing draft motion. | 700.00 | 0.40 | 280.00 |
| Christopher M. Barrett | 04/17/2024 | Reviewing and analyzing settlement agreement and brief. | 700.00 | 2.30 | 1,610.00 |
| Christopher M. Barrett | 04/22/2024 | Drafted correspondence to clients. | 700.00 | 0.50 | 350.00 |
| Christopher M. Barrett | 04/24/2024 | Prepared for and took part in calls with clients. | 700.00 | 0.50 | 350.00 |
| Christopher M. Barrett | 05/30/2024 | Reviewing and revising settlement documents. | 700.00 | 1.50 | 1,050.00 |
| Christopher M. Barrett | 06/07/2024 | Drafting/revising motion papers. | 700.00 | 2.00 | 1,400.00 |
| Christopher M. Barrett | 06/12/2024 | Reviewing and revising motion papers. | 700.00 | 2.50 | 1,750.00 |
| Christopher M. Barrett | 07/01/2024 | Drafted correspondence to clients. | 700.00 | 0.30 | 210.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Christopher M. Barrett** | 07/08/2024 | Drafted proposed order. | 700.00 | 0.40 | 280.00 |
| **Christopher M. Barrett** | 08/01/2024 | Reviewing notices. | 700.00 | 0.60 | 420.00 |
| **Christopher M. Barrett** | 10/10/2024 | Drafting, reviewing and revising motion papers. Researching case law. Reviewing file. | 700.00 | 5.50 | 3,850.00 |
| **Christopher M. Barrett** | 10/11/2024 | Drafting, reviewing and revising motion papers. Researching case law. Reviewing file. | 700.00 | 3.50 | 2,450.00 |
| **Christopher M. Barrett** | 10/17/2024 | Drafting, reviewing and revising motion papers. | 700.00 | 3.20 | 2,240.00 |
| **Christopher M. Barrett** | 10/18/2024 | Drafting, reviewing and revising motion papers. | 700.00 | 1.50 | 1,050.00 |
| **Total for Christopher M. Barrett** | | | 700.00 | **99.60** | **69,720.00** |
| | | | | | |
| **Jude L. Reid** | 11/07/2023 | Draft and file Appearance for RAI | 180.00 | 0.50 | 90.00 |
| **Jude L. Reid** | 12/13/2023 | Speak with potential client | 180.00 | 0.25 | 45.00 |
| **Total for Jude L. Reid** | | | 180.00 | **0.75** | **$ 135.00** |
| | | | | | |
| **Robert A. Izard** | 09/26/2023 | investigate claims | 975.00 | 0.75 | 731.25 |
| **Robert A. Izard** | 10/20/2023 | ra 5500; investigate claims; RA claims | 975.00 | 5.00 | 4,875.00 |
| **Robert A. Izard** | 10/23/2023 | ra client docs; ra loss analysis; ra claims | 975.00 | 2.00 | 1,950.00 |
| **Robert A. Izard** | 10/26/2023 | ra plan and 5500; ra damages analysis; ra claims | 975.00 | 2.50 | 2,437.50 |
| **Robert A. Izard** | 10/30/2023 | ra claims and damages; ra expert analyses; dr complaint | 975.00 | 5.00 | 4,875.00 |
| **Robert A. Izard** | 11/01/2023 | ra complaint issues; ra consolidation issues; ra exhaustion filings | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 11/02/2023 | and order | 975.00 | 2.75 | 2,681.25 |
| **Robert A. Izard** | 11/03/2023 | dr discovery; ra claims; res re exhaustion | 975.00 | 1.25 | 1,218.75 |
| **Robert A. Izard** | 11/06/2023 | dr RFPs; Teams | 975.00 | 0.75 | 731.25 |
| **Robert A. Izard** | 11/07/2023 | dr appearance | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 11/13/2023 | ra discovery issues; Teams re discovery and amended complaint | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 11/15/2023 | dr rog | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 11/20/2023 | ra protective order; ra pre-filing letter; ra discovery issues; Teams | 975.00 | 0.75 | 731.25 |
| **Robert A. Izard** | 11/27/2023 | Teams; emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 11/28/2023 | emails re damages analysis | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 12/08/2023 | emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 12/11/2023 | emails; Teams; ra complaint issues; ra schedule and discovery issues; res re exhaustion | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 12/12/2023 | dr cor Ds | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 12/14/2023 | emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 12/15/2023 | res re exhaustion; scheduling emails; dr cor Ds | 975.00 | 1.25 | 1,218.75 |
| **Robert A. Izard** | 12/18/2023 | Teams | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 12/19/2023 | dr motion; ra D comments; emails re same; ra discovery issues; ra scheduling issues | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 12/21/2023 | ra oder | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 01/02/2024 | Teams | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 01/11/2024 | dr complaint | 975.00 | 1.75 | 1,706.25 |
| **Robert A. Izard** | 01/15/2024 | ra complaint; emails; Teams | 975.00 | 1.25 | 1,218.75 |
| **Robert A. Izard** | 01/18/2024 | tcw Mattson; tcw Needham | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 01/22/2024 | Teams | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 01/26/2024 | ra pre-filing letter | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 01/290 | | | 1.25 | 1,218.75 |

| | | | | | |
|---|---|---|---|---|---|
| **Robert A. Izard** | 01/30/2024 | ra order | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 03/06/2024 | ra damages and claims; tcw Costin | 975.00 | 0.75 | 731.25 |
| **Robert A. Izard** | 03/07/2024 | tcw Needham; conference call; tcw Ds | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 03/08/2024 | ra D docs; tcws Costin; emails; tcw co-counsel; emails Ds | 975.00 | 2.75 | 2,681.25 |
| **Robert A. Izard** | 03/11/2024 | Teams | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 03/12/2024 | emails; dr mnotion | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 03/13/2024 | settlement negotiations; emails | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 03/18/2024 | dr PA brief | 975.00 | 6.25 | 6,093.75 |
| **Robert A. Izard** | 03/19/2024 | dr PA brief | 975.00 | 5.50 | 5,362.50 |
| **Robert A. Izard** | 03/20/2024 | dr PA brief | 975.00 | 4.75 | 4,631.25 |
| **Robert A. Izard** | 03/21/2024 | dr brief | 975.00 | 4.00 | 3,900.00 |
| **Robert A. Izard** | 03/22/2024 | ra order; ra settlement issues | 975.00 | 0.75 | 731.25 |
| **Robert A. Izard** | 03/25/2024 | Teams | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 03/28/2024 | emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 04/02/2024 | dr motion; emails | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 04/03/2024 | ra order | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 04/15/2024 | emails re settlement | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 04/16/2024 | dr settlement agreement | 975.00 | 2.75 | 2,681.25 |
| **Robert A. Izard** | 04/17/2024 | dr brief and agreement; emails | 975.00 | 2.50 | 2,437.50 |
| **Robert A. Izard** | 04/24/2024 | ra settlement docs; tcw Needham; emails | 975.00 | 1.50 | 1,462.50 |
| **Robert A. Izard** | 04/25/2024 | emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 04/30/2024 | settlement issues; Teams | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 05/10/2024 | ra agreement revisions | 975.00 | 0.75 | 731.25 |
| **Robert A. Izard** | 05/16/2024 | emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 05/20/2024 | work on settlement | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 05/22/2024 | dr settlement agreement and brief | 975.00 | 2.25 | 2,193.75 |
| **Robert A. Izard** | 05/29/2024 | ra agreement; emails | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 05/30/2024 | dr settlement docs | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 05/31/2024 | execute agreement | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 06/03/2024 | dr brief; emails | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 06/07/2024 | emails; dr declaration | 975.00 | 1.50 | 1,462.50 |
| **Robert A. Izard** | 06/10/2024 | emails; Teams | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 06/12/2024 | emails; dr settlement docs | 975.00 | 2.75 | 2,681.25 |
| **Robert A. Izard** | 06/13/2024 | dr settlement papers | 975.00 | 2.50 | 2,437.50 |
| **Robert A. Izard** | 06/17/2024 | finalize and file settlement; emails | 975.00 | 1.00 | 975.00 |
| **Robert A. Izard** | 06/21/2024 | emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 07/08/2024 | emails court | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 07/24/2024 | ra order | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 07/29/2024 | ra notice issues; ra settlement agreement and brief; emails Ds re same; RA PA order | 975.00 | 1.25 | 1,218.75 |
| **Robert A. Izard** | 07/30/2024 | res re final approval issues | 975.00 | 0.50 | 487.50 |
| **Robert A. Izard** | 08/01/2024 | emails | 975.00 | 0.25 | 243.75 |
| **Robert A. Izard** | 08/12/2024 | re settlement website: emails | | 0.50 | 487.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Robert A. Izard** | 10/10/2024 | res re final approval standard | 975.00 | 1.50 | 1,462.50 |
| **Robert A. Izard** | 10/14/2024 | ra cases; dr final approval papers | 975.00 | 3.75 | 3,656.25 |
| **Robert A. Izard** | 10/17/2024 | Draft final approval papers | 975.00 | 1.25 | 1,218.75 |
| **Total for Robert A. Izard** | | | 975.00 | **95.50** | **93,112.50** |
| | | | **TOTAL** | **195.85** | **162,967.50** |

Friday, Oct 18, 2024 06:14:57 AM GMT-7

# Izard, Kindall & Raabe, LLP
## KOHLER AE - Expense Report
**All Dates**

| Column1 | Date | Memo/Description | Amount |
|---|---|---|---|
| **Costs re Case** | | | |
| **Expert/Investigation Fees** | | | |
| | 09/25/2023 | Kohler AE - SMIA Electronic Research - $3,800 | 3,800.00 |
| **Total for Expert/Investigation Fees** | | | **$ 3,800.00** |
| **Research/Discovery** | | | |
| | 02/28/2024 | PACER Research - Kohler | 2.50 |
| | 05/07/2024 | PACER Research - Kohler | 9.10 |
| | 05/16/2024 | KOHLER AE - SquareSpace - Settlement Website Registration | 12.76 |
| **Total for Research/Discovery** | | | **$ 24.36** |
| **TOTAL** | | | **$ 3,824.36** |

Friday, Oct 18, 2024 06:34:43 AM GMT-7