# EXHIBIT 11

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Total Hours | Total Amount |
|---|---|
| 136.8 | $117,407.00 |

| Date | Description | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/2023 | Communication with Faircloth regarding joint representation. | Needham, Doug | Senior Counsel | 1.0 | 970.00 | $ 970.00 |
| 10/30/2023 | Review and edit complaint. | Needham, Doug | Senior Counsel | 3.5 | 970.00 | $ 3,395.00 |
| 10/31/2023 | Review draft complaint. | Needham, Doug | Senior Counsel | 2.0 | 970.00 | $ 1,940.00 |
| 11/1/2023 | Reviewed email from D. Needham regarding Kohler example/actuarially equivalent; conducted research on actuarial equivalent. | Williams, Erin | Associate | 0.5 | 680.00 | $ 340.00 |
| 11/1/2023 | Review client documents; emails with co-counsel regarding new case complaint. | Needham, Doug | Senior Counsel | 3.0 | 970.00 | $ 2,910.00 |
| 11/2/2023 | Review plan document and appendices. | Needham, Doug | Senior Counsel | 4.0 | 970.00 | $ 3,880.00 |
| 11/3/2023 | Review and edit discovery requests. | Needham, Doug | Senior Counsel | 2.0 | 970.00 | $ 1,940.00 |
| 11/6/2023 | Phone conference with Doug Needham to discuss status of case. | Williams, Erin | Associate | 0.5 | 680.00 | $ 340.00 |
| 11/6/2023 | Call with Williams regarding case background and strategy; memo to her regarding exhaustion of administrative remedies | Needham, Doug | Senior Counsel | 2.0 | 970.00 | $ 1,940.00 |
| 11/7/2023 | Review plan documents and SPD regarding exhaustion; edits to discovery requests and finalize them. | Needham, Doug | Senior Counsel | 4.5 | 970.00 | $ 4,365.00 |
| 11/7/2023 | Review file and prepare an appearance for D. Needham and email draft to D. Needham for his review; e-file same; download court activity off of Pacer. | LePine, Viola T. | Paralegal | 0.5 | 380.00 | $ 190.00 |
| 11/7/2023 | Emails regarding case status/background; reviewed discovery requests. | Williams, Erin | Associate | 0.4 | 680.00 | $ 272.00 |
| 11/8/2023 | Telephone call with D. Needham and E. Williams to discuss discovery regarding plan exhaustion/futility issues. | Jasinski, Mathew | Member | 0.5 | 970.00 | $ 485.00 |
| 11/8/2023 | Phone conference with M. Jasinski and D. Needham regarding case overview, current posture, discovery | Williams, Erin | Associate | 1.3 | 680.00 | $ 884.00 |

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Date | Description | Name | Role | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| | deadlines, and overall strategy; reviewed plan documents. | | | | | | |
| 11/8/2023 | Review plan documents; confer with Williams about strategy and research regarding case law on exhaustion. | Needham, Doug | Senior Counsel | 3.3 | 970.00 | $ | 3,201.00 |
| 11/8/2023 | Emails with clients; phone call with Faircloth. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ | 485.00 |
| 11/9/2023 | Communication with clients. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ | 485.00 |
| 11/9/2023 | Research/overview of ERISA and actuarial equivalence; reviewed complaint; reviewed plan documents. | Williams, Erin | Associate | 4.5 | 680.00 | $ | 3,060.00 |
| 11/13/2023 | Conference call with Izard Kindall & Raabe. | Narwold, Bill | Member | 0.5 | 1,315.00 | $ | 657.50 |
| 11/13/2023 | Weekly teleconference with co-counsel and MR team to discuss case strategy and tasks. | Jasinski, Mathew | Member | 0.2 | 970.00 | $ | 194.00 |
| 11/13/2023 | Review discovery strategy; confer with co-counsel. | Needham, Doug | Senior Counsel | 1.0 | 970.00 | $ | 970.00 |
| 11/15/2023 | Review protective order; emails regarding the same. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ | 776.00 |
| 11/17/2023 | Review of emails regarding interrogatories. | Williams, Erin | Associate | 0.2 | 680.00 | $ | 136.00 |
| 11/17/2023 | Review and comment on draft interrogatories regarding demand futility; emails with D. Needham regarding same. | Jasinski, Mathew | Member | 0.3 | 970.00 | $ | 291.00 |
| 11/20/2023 | Conference call with Izard Kindall & Raabe. | Narwold, Bill | Member | 0.3 | 1,315.00 | $ | 394.50 |
| 11/20/2023 | Weekly teleconference with co-counsel and MR team to discuss case strategy and tasks. | Jasinski, Mathew | Member | 0.2 | 970.00 | $ | 194.00 |
| 11/20/2023 | Review edits to interrogatories; make additional edits and emails regarding the same. | Needham, Doug | Senior Counsel | 1.5 | 970.00 | $ | 1,455.00 |
| 11/21/2023 | Emails with C. Wolf regarding discovery project; reviewed excel with discovery requests. | Williams, Erin | Associate | 0.4 | 680.00 | $ | 272.00 |
| 11/21/2023 | Created discovery tracker for ROGS and RFPs for Erin Williams | Wolf, Courtney | Associate | 0.7 | 525.00 | $ | 367.50 |
| 11/21/2023 | Review plaintiffs' initial disclosures. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ | 485.00 |
| 11/27/2023 | Weekly teleconference with co-counsel and MR team to discuss case strategy and tasks. | Jasinski, Mathew | Member | 0.2 | 970.00 | $ | 194.00 |

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Date | Description | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2023 | Emails regarding amended complaint; review client documents, expert analysis and plan document / amendments; multiple communications with co-counsel about which interest rate to use in damages analysis. | Needham, Doug | Senior Counsel | 1.5 | 970.00 | $ 1,455.00 |
| 11/29/2023 | Emails regarding interest rate for damages; strategy for amended complaint. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |
| 12/7/2023 | Review Kohler's objections to RFPs. | Needham, Doug | Senior Counsel | 1.0 | 970.00 | $ 970.00 |
| 12/7/2023 | Review Defendants' discovery responses; emails regarding the same. | Williams, Erin | Associate | 0.3 | 680.00 | $ 204.00 |
| 12/11/2023 | Confer with co-counsel regarding strategy and amended complaint. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |
| 12/11/2023 | Review objections and responses to discovery. | Needham, Doug | Senior Counsel | 1.0 | 970.00 | $ 970.00 |
| 12/11/2023 | Draft proposed email to opposing counsel regarding amending complaint; conference with D. Needham regarding same. | Jasinski, Mathew | Member | 0.4 | 970.00 | $ 388.00 |
| 12/11/2023 | Weekly teleconference with co-counsel and Motley Rice team to discuss case strategy and tasks. | Jasinski, Mathew | Member | 0.3 | 970.00 | $ 291.00 |
| 12/12/2023 | Review and revise correspondence to opposing counsel. | Needham, Doug | Senior Counsel | 1.0 | 970.00 | $ 970.00 |
| 12/14/2023 | Draft email to opposing counsel re objections to discovery. | Needham, Doug | Senior Counsel | 1.3 | 970.00 | $ 1,261.00 |
| 12/15/2023 | Review draft meet-and-confer email to opposing counsel concerning their objections to discovery concerning exhaustion. | Jasinski, Mathew | Member | 0.2 | 970.00 | $ 194.00 |
| 12/15/2023 | Further edits and revisions to letter. | Needham, Doug | Senior Counsel | 2.0 | 970.00 | $ 1,940.00 |
| 12/18/2023 | Weekly teleconference with co-counsel and Motley Rice team to discuss case strategy and tasks. | Jasinski, Mathew | Member | 0.1 | 970.00 | $ 97.00 |
| 12/18/2023 | Izard Kindall & Raabe conference call. | Narwold, Bill | Member | 0.3 | 1,315.00 | $ 394.50 |
| 12/18/2023 | Review and revise letter to Kohler about document production. | Needham, Doug | Senior Counsel | 1.8 | 970.00 | $ 1,746.00 |
| 12/19/2023 | Review proposed scheduling order, emails regarding the same. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |
| 1/2/2024 | Weekly teleconference with Izard Kindall & Raabe regarding case strategy and open tasks. | Jasinski, Mathew | Member | 0.1 | 970.00 | $ 97.00 |

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Date | Description | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/10/2024 | Review of plan document and analysis of claims; emails regarding the same. | Needham, Doug | Senior Counsel | 2.5 | 970.00 | $ 2,425.00 |
| 1/15/2024 | Weekly teleconference with Izard Kindall & Raabe regarding case strategy and open tasks. | Jasinski, Mathew | Member | 0.1 | 970.00 | $ 97.00 |
| 1/15/2024 | Review and revise draft complaint sent by IKR. | Needham, Doug | Senior Counsel | 4.0 | 970.00 | $ 3,880.00 |
| 1/22/2024 | Weekly teleconference with Izard Kindall & Raabe regarding case strategy and open tasks. | Jasinski, Mathew | Member | 0.1 | 970.00 | $ 97.00 |
| 1/22/2024 | Emails with Kohler's lawyer regarding meet and confer regarding Motion To Dismiss. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 1/23/2024 | Call with Kohler's lawyer regarding Motion to dismiss and discovery; review previous statement submitted to judge. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 1/29/2024 | Work on letter to judge with executive summary of the parties' positions on Motion to dismiss. | Needham, Doug | Senior Counsel | 2.5 | 970.00 | $ 2,425.00 |
| 2/5/2024 | Review discovery and email team regarding strategy. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 2/5/2024 | Weekly teleconference with Izard Kindall & Raabe regarding case strategy and open tasks. | Jasinski, Mathew | Member | 0.1 | 970.00 | $ 97.00 |
| 2/12/2024 | Review and respond to email from Mack regarding damages. | Needham, Doug | Senior Counsel | 2.3 | 970.00 | $ 2,231.00 |
| 2/19/2024 | Review Altman's damages calculation. | Needham, Doug | Senior Counsel | 1.0 | 970.00 | $ 970.00 |
| 2/23/2024 | Emails regarding meet and confer. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |
| 2/28/2024 | Emails regarding discovery conference. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 3/4/2024 | Emails and attention to Kohler's production of documents. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |
| 3/6/2024 | Review and analyze motion to dismiss. | Jasinski, Mathew | Member | 0.5 | 1,050.00 | $ 525.00 |
| 3/7/2024 | Calls and emails with co-counsel regarding settlement. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 3/8/2024 | Calls and emails with co-counsel regarding settlement; review documents that Kohler produced to help settlement negotiations. | Needham, Doug | Senior Counsel | 2.8 | 970.00 | $ 2,716.00 |
| 3/8/2024 | Conference with D. Needham regarding motion to dismiss and potential settlement terms. | Jasinski, Mathew | Member | 0.4 | 1,050.00 | $ 420.00 |

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Date | Description | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/11/2024 | Weekly teleconference with Izard Kindall & Raabe regarding case strategy and open tasks. | Jasinski, Mathew | Member | 0.2 | 1,050.00 | $ 210.00 |
| 3/14/2024 | Phone conference with D. Needham regarding case settlement. | Williams, Erin | Associate | 0.2 | 650.00 | $ 130.00 |
| 4/2/2024 | Review and revise motion to stay. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 4/2/2024 | Analyze draft motion to stay deadlines pertaining to Defendants' motion to dismiss prepared by Kohler. | Johnson, Zane | Associate | 0.4 | 550.00 | $ 220.00 |
| 4/15/2024 | Analyze draft settlement agreement prepared by Defendants and draft revisions to same. | Johnson, Zane | Associate | 2.3 | 550.00 | $ 1,265.00 |
| 4/15/2024 | Prepare for and attend weekly meeting with co-counsel regarding status of case and strategy for moving forward. | Johnson, Zane | Associate | 0.3 | 550.00 | $ 165.00 |
| 4/16/2024 | Emails about settlement agreement. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 4/16/2024 | Analyze draft settlement agreement prepared by Defendants and draft revisions to same. | Johnson, Zane | Associate | 1.4 | 550.00 | $ 770.00 |
| 4/17/2024 | Review settlement agreement and revise same; emails. | Needham, Doug | Senior Counsel | 1.0 | 970.00 | $ 970.00 |
| 4/17/2024 | Analyze draft settlement agreement prepared by Defendants and draft revisions to same. | Johnson, Zane | Associate | 1.9 | 550.00 | $ 1,045.00 |
| 4/19/2024 | Analyze draft settlement agreement prepared by Defendants and draft revisions to same. | Johnson, Zane | Associate | 1.0 | 550.00 | $ 550.00 |
| 4/22/2024 | Review and revise preliminary approval brief. | Needham, Doug | Senior Counsel | 1.5 | 970.00 | $ 1,455.00 |
| 4/22/2024 | Analyze draft settlement agreement prepared by Defendants and draft revisions to same; Prepare for and attend weekly meeting with co-counsel regarding status of case and strategy for moving forward. | Johnson, Zane | Associate | 1.6 | 550.00 | $ 880.00 |
| 4/23/2024 | Conference with D. Needham regarding preliminary approval papers. | Jasinski, Mathew | Member | 0.1 | 1,050.00 | $ 105.00 |
| 4/23/2024 | Work on preliminary approval brief. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |
| 4/24/2024 | Review answers to questions about settlement agreement provisions; confer with co-counsel. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Date | Description | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/30/2024 | Weekly teleconference with Izard Kindall & Raabe regarding case strategy and open tasks. | Jasinski, Mathew | Member | 0.1 | 1,050.00 | $ 105.00 |
| 5/6/2024 | Weekly teleconference with Izard Kindall & Raabe regarding case strategy and open tasks. | Jasinski, Mathew | Member | 0.1 | 1,050.00 | $ 105.00 |
| 5/17/2024 | Review changes to settlement notice, etc. and email regarding same. | Needham, Doug | Senior Counsel | 2.0 | 970.00 | $ 1,940.00 |
| 5/21/2024 | Review and revise preliminary approval brief. | Needham, Doug | Senior Counsel | 6.0 | 970.00 | $ 5,820.00 |
| 5/22/2024 | Continue edits to preliminary approval brief; emails with co-counsel. | Needham, Doug | Senior Counsel | 2.8 | 970.00 | $ 2,716.00 |
| 5/22/2024 | Emails regarding settlement. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 5/28/2024 | Emails regarding settlement and class definition. | Needham, Doug | Senior Counsel | 0.8 | 970.00 | $ 776.00 |
| 5/29/2024 | Emails regarding settlement. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 5/29/2024 | Analyze revisions made to draft settlement agreement by Defendants and ensure same will not be harmful to Plaintiffs. | Johnson, Zane | Associate | 4.9 | 550.00 | $ 2,695.00 |
| 6/5/2024 | Review status of settlement agreement and assess changes to same required to put on file; prepare for and attend meeting with Co-Counsel regarding status of case. | Johnson, Zane | Associate | 1.2 | 550.00 | $ 660.00 |
| 6/10/2024 | Work on materials for preliminary approval brief. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 6/10/2024 | Draft declaration of Douglas P. Needham in support of settlement; prepare exhibit demonstrating expenses. | Johnson, Zane | Associate | 2.3 | 550.00 | $ 1,265.00 |
| 6/11/2024 | Draft declaration of Douglas P. Needham in support of settlement; prepare exhibit demonstrating expenses. | Johnson, Zane | Associate | 1.3 | 550.00 | $ 715.00 |
| 6/12/2024 | Draft firm resume for use with declaration of Doug Needham in support of settlement; Research expenses of case to ensure none are claimed by both Motley Rice and IKR. | Johnson, Zane | Associate | 4.2 | 550.00 | $ 2,310.00 |
| 6/12/2024 | Review and edit materials for preliminary approval brief; | Needham, Doug | Senior Counsel | 5.3 | 970.00 | $ 5,141.00 |

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Date | Description | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | communications with co-counsel regarding the same. | | | | | |
| 6/12/2024 | Draft firm resume for use with declaration of Doug Needham in support of settlement. | Johnson, Zane | Associate | 1.6 | 550.00 | $ 880.00 |
| 6/12/2024 | Telephone call with D. Needham regarding motion for preliminary approval. | Jasinski, Mathew | Member | 0.2 | 1,050.00 | $ 210.00 |
| 6/17/2024 | Emails to and from court regarding case status. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 6/18/2024 | Download court activity off of Pacer. | LePine, Viola T. | Paralegal | 0.1 | 380.00 | $ 38.00 |
| 7/3/2024 | Communications from court regarding motion for preliminary approval. | Needham, Doug | Senior Counsel | 0.5 | 970.00 | $ 485.00 |
| 7/9/2024 | Conference with D. Needham to discuss status of settlement. | Jasinski, Mathew | Member | 0.1 | 1,050.00 | $ 105.00 |
| 7/24/2024 | Review order on motion for preliminary approval; confer with Mathew Jasinski. | Needham, Doug | Senior Counsel | 0.4 | 970.00 | $ 388.00 |
| 7/30/2024 | Emails regarding class notice. | Needham, Doug | Senior Counsel | 0.3 | 970.00 | $ 291.00 |
| 7/30/2024 | Analyze draft notice to class members regarding settlement. | Johnson, Zane | Associate | 0.8 | 550.00 | $ 440.00 |
| 7/31/2024 | Analyze draft notice to class members regarding settlement. | Johnson, Zane | Associate | 1.3 | 550.00 | $ 715.00 |
| 8/1/2024 | Emails regarding extension for changes to notice. | Needham, Doug | Senior Counsel | 0.2 | 970.00 | $ 194.00 |
| 8/16/2024 | Review message from Kohlers attorneys. | Needham, Doug | Senior Counsel | 0.1 | 970.00 | $ 97.00 |
| 8/21/2024 | Call with Kohler's lawyer regarding language on class notice envelope; email to Zane Johnson regarding research | Needham, Doug | Senior Counsel | 0.6 | 970.00 | $ 582.00 |
| 10/7/2024 | Attend weekly meeting with co-counsel regarding status of cases; coordinate and prepare final settlement approval brief. | Johnson, Zane | Associate | 0.4 | 550.00 | $ 220.00 |
| 10/14/2024 | Prepare for and attend weekly meeting with co-counsel regarding status of cases; coordinate and prepare final settlement approval brief; prepare time records to submit with same. | Johnson, Zane | Associate | 0.8 | 550.00 | $ 440.00 |
| 10/15/2024 | Confer with co-counsel re: final approval motion and supporting materials; coordinate with Z. Johnson and staff re: preparation. | Needham, Doug | Senior Counsel | 0.3 | 970.00 | $ 291.00 |

# Motley Rice LLC Time Entries: Holloway et al v. Kohler (Matter ID 1012869.000)

| Date | Description | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2024 | Draft final settlement approval brief. | Johnson, Zane | Associate | 2.6 | 550.00 | $ 1,430.00 |
| 10/17/2024 | Review and edit final approval brief and draft supporting declaration. | Needham, Doug | Senior Counsel | 3.6 | 970.00 | $ 3,492.00 |