# EXHIBIT 12

**MORGAN, LEWIS & BOCKIUS LLP**
Dylan D. Rudolph (Bar No. 278707)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001
dylan.rudolph@morganlewis.com

Deborah S. Davidson (*pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1159
Fax: +1.312.324.1001
deborah.davidson@morganlewis.com

Sean McMahan (*pro hac vice*)
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: +1.214.466.4000
Fax: +1.214.466.4001
sean.mcmahan@morganlewis.com

*Counsel for Defendants*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Michael Phillips, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CAES Systems, LLC, The Board of Directors of CAES Systems, LLC, The 401(k) Plan Committee of CAES Systems, LLC, Cobham Advanced Electronic Solutions, Inc., The Board of Directors of Cobham Advanced Electronic Solutions, Inc., The 401(k) Plan Committee of Cobham Advanced Electronic Solutions, Inc., and John Does 1-30,

Defendants.

Case No. 5:23-cv-03785-EKL

**CORRECTED DECLARATION OF DEBORAH S. DAVIDSON IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES**

Date: February 3, 2027
Time: 10:00 a.m.
Location: San Jose Courthouse, Courtroom 7
San Jose, CA 95113
Judge: Hon. Eumi K. Lee
Fourth Am. Compl. Filed: April 18, 2025

I, Deborah S. Davidson, pursuant to 28 U.S.C. § 1746, submit this Declaration in Support of Defendants' Motion for Attorney's Fees and hereby declare under the penalty of perjury as follows:

1. The following information is based upon my personal knowledge, and if called as a witness herein, I can testify competently thereto.

2. I am an attorney duly licensed to practice law, and I am admitted pro hac vice in this action. I represent Defendants in this matter.

3. I am a partner at Morgan, Lewis & Bockius LLP ("Morgan Lewis"), where I specialize in litigation involving the Employee Retirement Income Security Act of 1974 ("ERISA"). I have been practicing law since 1998. I joined Morgan Lewis in 2005 and have been a partner since 2007, residing in the Chicago office.

4. I am a graduate of the University of Tulsa, where I earned a Bachelor of Arts in Psychology with honors in 1995, and the Washington University in St. Louis School of Law, where I earned a Juris Doctor in 1998.

5. I served as a co-chair of Morgan Lewis' ERISA Litigation Practice from 2016-2025.

6. I have twenty-eight years of experience working on complex ERISA matters, including class actions and fiduciary breach claims.

7. I have devoted the majority of my legal career to ERISA litigation, representing plan sponsors and fiduciaries in a variety of industries in a wide array of ERISA-related disputes.

8. Over the course of my career, I have represented clients in ERISA litigation class actions in numerous federal courts across the country.

9. I have been recognized in leading legal publications, including *Chambers USA* (Nationwide ERISA Litigation Band 2 ranking and Illinois Employee Benefits Band 4 ranking),

*Legal 500* (Leading Partner, ERISA Litigation), and *The Best Lawyers in America* for my work representing clients in ERISA litigation matters.

10. *Chambers and Partners* and *The Legal 500* both rank Morgan Lewis' ERISA Litigation Practice as Band 1, the highest ranking. *See Chambers and Partners, ERISA Litigation: USA Guide 2026*, https://chambers.com/department/morgan-lewis-bockius-llp-erisa-litigation-usa-5:635:12788:1:3516; *Legal 500 ERISA Litigation*, https://www.legal500.com/rankings/ranking/c-united-states/labor-and-employment/erisa-litigation/50696-morgan-lewis-bockius-llp.

11. My standard billing rate for 2025 was $1,350 per hour. My standard billing rate for 2026 is $1,495 per hour.

12. I am familiar with the fees charged by attorneys handling ERISA matters. I have been counsel to parties in cases where fee awards were sought and awarded, including in negotiated class-wide settlements, and have knowledge of prevailing market rates for sophisticated ERISA litigation counsel.

13. My standard billing rate is in line with the market for attorneys with a similar level of experience and expertise in complex ERISA matters.

14. I am also familiar with the professional backgrounds and experiences of our legal team who contributed significantly to the work in this action and for which Defendants seek to recover a portion of their incurred fees.

15. The success of this matter is attributable to the collective experience and expertise of our team, which includes the following attorneys:

a. Sean K. McMahan – Mr. McMahan is a skilled litigator with more than twenty years of experience representing clients in complex ERISA class action litigation matters in trial and appellate courts across the country. Mr. McMahan is a co-chair of the Reporting and Disclosure Subcommittee of the Labor and Employment section of the American Bar Association and a contributor to the Fiduciary Responsibility Subcommittee of the Labor and Employment Section. He is an editor for the Employee Benefits Law Treatise and Supplement (BNA) and frequent speaker on ERISA litigation issues. Mr. McMahan earned his J.D.

from the University of Virginia School of Law in 2004 and his B.S. from Chapman University in 2001.

b. Mathew J. McKenna – Mr. McKenna represents clients in a range of employment-related disputes. While his practice focuses predominantly on ERISA class action litigation, he also assists clients in connection with single-plaintiff and systemic discrimination claims and whistleblower matters, among others. Prior to attending law school, Mr. McKenna worked as a labor economist for a boutique consulting firm, providing expert support in litigation matters involving systemic discrimination claims. Mr. McKenna earned his J.D. from the Georgetown University Law Center in 2020, his M.A. in Economics from Northeastern University in 2014, and his B.A. from Clark University in 2012.

16. Below is a summary of the timekeepers, their positions, 2025 and 2026 standard billing rates, 2025 and 2026 discounted billing rates, relevant hours worked, and the total lodestar for this matter:

| **Timekeeper** | **Position** | **2025 Standard Rate** | **2025 Discounted Rate** | **Hours** | **Lodestar** |
|---|---|---|---|---|---|
| Deborah S. Davidson | Partner | $1,350 | $850 | 61.7 | $52,445 |
| Sean K. McMahan | Of Counsel | $1,125 | $675 | 234.4 | $158,220 |
| Mathew J. McKenna | Associate | $830 | $565 | 209.4 | $118,311 |
| **2025 Total** | | | | **505.5** | **$328,976** |

| **Timekeeper** | **Position** | **2026 Standard Rate** | **2026 Discounted Rate[1]** | **Hours** | **Lodestar** |
|---|---|---|---|---|---|
| Deborah S. Davidson | Partner | $1,495 | $1,100 | 32.6 | $30,285 |
| Sean K. McMahan | Of Counsel | $1,325 | $875 | 102.8 | $71,070 |
| Mathew J. McKenna | Associate | $1,025 | $750 | 85.4 | $54,282 |
| **2026 Total** | | | | **220.8** | **$155,637** |

| **Timekeeper** | **Position** | **Hours** | **Lodestar** |
|---|---|---|---|
| Deborah S. Davidson | Partner | 94.3 | $82,730 |
| Sean K. McMahan | Of Counsel | 337.2 | $229,290 |
| Mathew J. McKenna | Associate | 294.8 | $172,593 |
| **Combined Total** | | **726.3** | **$484,613** |

[1] The 2026 Discounted Rate took effect June 1, 2026. Time incurred prior to June 1, 2026, was billed at the 2025 Discounted Rate.

17. The above tables are based on Morgan Lewis' contemporaneous time records and list the hours and rates for each attorney. Morgan Lewis attorneys regularly record their time in six-minute increments, designate to whom the time is billed, and provide brief descriptions of the work performed. The time records relevant here are attached as **Exhibit 1** and show the hours and description for each task.

18. I reviewed the time printouts and confirmed both the accuracy of the entries on the printout as well as the necessity for and reasonableness of the time commitment to the litigation. Exhibit 1 and the above summary do not include hundreds of thousands of dollars of specific time entries that we removed, including the time entries from prior to the filing of the fourth amended complaint, the time entries from several other timekeepers who are not listed, and further reductions based on the exercise of billing judgment (including for time that did not bear directly on the fourth amended complaint). All hours at issue were dedicated to advancing the case and achieving a favorable outcome. In my professional opinion and based on my personal knowledge of the work that was performed and the requirements of this case and similar cases, the time reflected in the lodestar calculation is reasonable in amount and was necessary to defend this litigation.

19. The rates are also reasonable given the complex nature of federal ERISA litigation, which demands specialized knowledge and experience.

20. The time spent on this matter was dedicated to analyzing the various complaints, formulating potential defenses, conducting legal research, briefing a motion to dismiss and cross-motions for summary judgment, and preparing for and attending hearings.

21. In addition to the fees included above, Defendants incurred an additional $45,743 in attorney's fees incurred by other attorneys with limited involvement in the litigation; $39,269.50 in attorney's fees incurred by myself, Sean K. McMahan, and Mathew J. McKenna, that have been excluded based on the exercise of billing judgment, including for time that did not bear directly on

the fourth amended complaint; $414,135.50 in attorney's fees incurred prior to the filing of the fourth amended complaint; and $86,246.91 in costs incurred over the course of this litigation including Westlaw charges, copying charges, pro hac vice charges, and expert consultant charges. Defendants are not seeking to recover any of the fees or costs identified in this paragraph.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2026

Deborah S. Davidson