EXHIBIT 18

**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BEAU STEPHAN, GEORGE STRAY, LEONARD KIRSCHLING, GEORGE PHIRIPES, RHONDA HABELL, CAMERON BASS and STEPHEN BUBNIAK, individually, and on behalf of all others similarly situated, | Case No.: 1:25-cv-10212-WGY |
| Plaintiffs, | |
| vs. | |
| TRADER JOE'S COMPANY, THE BOARD OF DIRECTORS OF TRADER JOE'S COMPANY, THE INVESTMENT COMMITTEE and JOHN DOES 1-30, | |
| Defendants. | |

**DECLARATION OF GEORGE PHIRIPES IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

I, George Phiripes, declare and state as follows:

1. I am one of the Named Plaintiffs in the above-captioned action. I am competent to testify and make this Declaration based on my personal knowledge.

2. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Costs and Service Awards. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. I previously worked for Trader Joe's Company ("Trader Joe's") and participated in the Trader Joe's Company Retirement Plan (the "Plan").

4. I understand that this case was filed as a class action lawsuit against the Defendants on behalf of the Plan and its participants alleging claims based on excessive expense and

underperformance of certain investments, excessive recordkeeping and administrative fees, and the misuse of forfeiture funds.

5. I understand that in the event of any recovery in this case, recovery will be apportioned among Plan participants on losses to their Plan accounts as ordered by the Court.

6. I actively participated in this action to date and spent a substantial amount of time working with my attorneys to advance Plaintiffs' claims. I reviewed the allegations in the Complaint and provided documents and information to my counsel prior to the initiation of this action. I searched for and provided additional documents to my attorneys in response to formal document requests from Defendants. I responded to interrogatories issued by Defendants. I maintained regular communication with my counsel in order to stay informed about the case and reviewed all of the documents they sent to me.

7. I spent significant time conferring with my attorneys and preparing for my deposition, and then sat for a several-hour deposition taken by Defendants' lawyers.

8. I have been committed to seeing this litigation through to the end, and I have undertaken my responsibilities as a Class Representative, including continuing to assist my attorneys in any way requested.

9. In the course of this litigation I have represented the interests of the other class members as I would my own and will continue to do so until this matter is resolved.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11/10/2026 at Fair Oaks, CA.

By: DocuSigned by: George Phiripes
20F6F08810DE4A1...
George Phiripes